IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS                  :
                                :
    Plaintiff                   :
                                :
v.                              :   Civil No. _____
                                :
MARIA C. DIAZ                   :
                                :
    Defendant.                  :
                               oOo

### ORDER

The Court having considered the Defendant's motion for an enlargement of time to respond to the Complaint and finding good cause therefor, this 20th day of December, 2002,

HEREBY ORDERS that the Defendant shall have thirty (30) days within which to answer or otherwise respond to the Complaint filed in this case. Defendant shall answer or otherwise respond no later than January 3, 2003.

_____
United States District Judge