IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                  :

       Plaintiff,           :

   v.                            :          CIVIL NO. MJG-02-3892

MARIA C. DIAZ,                   :

       Defendant.           :

...oOo...

## LINE

To: Clerk
    United States District Court
      for the District of Maryland

Please substitute the attached Motion of Defendant Maria C. Diaz to Dismiss for the motion filed with the Court on December 16, 2002.

                    Respectfully submitted,

                    THOMAS M. DiBIAGIO
                    United States Attorney

                    TARRA DeSHIELDS
                    Assistant United States Attorney
                    General Bar No. 07749

                    Office of the United States Attorney
                    6625 United States Courthouse
                    101 West Lombard Street
                    Baltimore, Maryland  21201
                    (410) 209-4800

                    Counsel for Defendant Maria C. Diaz

Approved this 19th day of December 2002

Marvin J. Garbis
United States District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December, 2002, a copy of the foregoing Line regarding the Motion to Dismiss was mailed first-class, postage prepaid, to Mark S. Zaid, Esq., Krieger & Zaid, PLLC, 1133 21st Street, N.W., Suite 800, Washington, D.C. 20036.

TARRA DeSHIELDS
Assistant United States Attorney