UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JAN -3 DAY 8: 12
CLERK'S OFFICE
AT BALTIMORE
___ v ___ DEPUTY

|  |  |
|---|---|
| Plaintiff, | * |
|  | *  Civil Action No. MJG 02-3892 |
| v. | * |
| MARIA C. DIAZ | * |
| Defendant. | * |

## ORDER

Upon consideration of Plaintiff's Consented-To Motion for Extension of Time, and the entire record herein, it is this 3rd day of January 2003, hereby,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that plaintiff's responsive pleading is due on or before January 21, 2003.

Marvin J. Garbis
United States District Judge

