```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                 *
                                *
        Plaintiff               *
                                *
   v.                           *   CIVIL ACTION NO. MJG-02-3892
                                *
MARIA C. DIAZ,                  *
                                *
        Defendant               *

        *   *   *   *   ***   *   *   *   *
```

### MOTION FOR ENLARGEMENT OF TIME

The Defendant, Maria C. Diaz, by her attorneys, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and undersigned counsel, moves, pursuant to Fed.R.Civ.P.6(b) and 15, to enlarge the time for filing its response in connection with the above-captioned case for the following reasons:

1.  The Plaintiff, Karl Elders, first filed the instant defamation action in the Circuit Court for Baltimore County on October 25, 2002.  The case was subsequently removed to this Court on November 29, 2002.  *See* Docket entries in *Elders v. Diaz*, Civ. No. MJG-02-3892.

2.  Thereafter, the Defendant filed a motion seeking dismissal of the case.  *Id*.  On February 12, 2003, the Court, seeking clarification of the precise nature of the allegations made by the Plaintiff, directed the Plaintiff to file an Amended Complaint by March 3, 2003.  *Id*.  The Defendant's response to the Amended Complaint is thus due by March 13, 2003.  Fed.R.Civ.P.15(a).

3. Undersigned counsel intends to file a dispositive motion addressing the substance of the allegations made in the Amended Complaint. Undersigned counsel has requested but has yet to receive certain documents relevant to its responsive motion. Time is thereafter needed to review same before filing the intended motion. Additionally, undersigned counsel is in the midst of taking and defending a number of depositions in *Amirmokri v. Abraham*, Civ. No. AW-02-3446 and preparing a motion to dismiss and/or for summary judgment in *Chin v. Wilhelm*, Civ. No. CCB-02-1551. Undersigned counsel is thus compelled to request an extension of time until April 14, 2003 to complete preparation of its responsive motion in this matter in a substance and form suitable for submission to the Court.

4. Counsel for the Plaintiff was contacted to no avail regarding the proposed Motion for Enlargement of Time.

5. This motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Honorable Court grant leave for the Defendant to file its responsive motion to the Amended Complaint in the instant case on or before April 14,

2003.

        Respectfully submitted,

        THOMAS M. DIBIAGIO
        United States Attorney


        /s/
        TARRA DeSHIELDS
        Assistant United States Attorney
        General Bar No. 07749

        Office of the United States Attorney
        6625 United States Courthouse
        101 West Lombard Street
        Baltimore, Maryland  21202
        (410) 209-4800

        Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2003, one copy of the foregoing Motion for Enlargement of Time which was filed electronically with the Court and was mailed, postage prepaid, to Mark S. Zaid, Krieger & Zaid, PLLC, 1133 21st Street, N.W., Suite 800, Washington, D.C. 20036.


        /s/
        TARRA DeSHIELDS
        Assistant United States Attorney

Case 1:02-cv-03892-MJG   Document 23   Filed 03/10/2003   Page 4 of 4