IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KARL L. ELDERS,** | * |
| Plaintiff | * |
| v. | * CIVIL ACTION NO. MJG-02-3892 |
| **MARIA C. DIAZ,** | * |
| Defendant | * |

\* \* \* \*   \*\*\*   \* \* \* \*

## ORDER

The foregoing Motion for Enlargement of Time having been read and considered by the United States District Court for the District of Maryland, it is this _____ day of March, 2003,

ORDERED, pursuant to Fed.R.Civ.P.6(b) and 15, that the time for filing a responsive pleading to the Amended Complaint in the above-captioned case be and is hereby extended to and including April 14, 2003.

It is further ORDERED that the Clerk of the Court remit copies of this signed ORDER to all counsel of record in the case.

_____

Marvin J. Garbis
United States District Judge