UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| Plaintiff, | * | |
| v. | * | Case No. MJG-02-3892 |
| MARIA C. DIAZ | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

The defendant Maria C. Diaz, represented by the United States Government, at least for the time being, has requested an extremely lengthy extension of more than one month in order to respond to the plaintiff Karl L. Elders' First Amended Complaint, which was filed on March 3, 2003, pursuant to Court Order. See Motion for Enlargement of Time at 1-2 (filed March 10, 2003). The defendant's response, which the government has indicated will consist of a dispositive motion, is due to be filed on March 13, 2003. While Elders has no objection to a reasonable extension being accorded to Diaz, particularly in light of government counsel's litigation schedule, he does object to a delay of what amounts to more than six weeks for this litigation to proceed forward. Instead, he suggests a more reasonable extension of three weeks, or until on or before April 3, 2003, for Diaz to submit her response.[1]

As this Court is well aware, Diaz has already attempted and failed to defeat Elders' claims through cover of the United States Government. On February 12, 2003, this Court ordered Elders to clarify his claims through filing of a First Amended Complaint, and he timely did so. Presumably, if not predictably, the Government intends to regurgitate its prior Motion to Dismiss

---

[1] Diaz's counsel attempted to telephonically contact Elders' counsel on the same day that her Motion was filed. However, Elders' counsel was out-of-town and did not receive the message in time to respond.

based on legal research already completed and facts already known. Moreover, because of the attempted intervention of the United States Government, Diaz is being temporarily represented by not only the United States Attorney's Office but by counsel for the Maryland National Guard as well. Surely, given that undoubtedly most, if not all, of the legal work has already been prepared and in light of multiple Government counsel having entered their appearances, Diaz can suitably file her response without causing a further delay of justice of several more weeks. This case has already been pending for nearly five months due to the Government's efforts to intervene. Having a right to a day in court is not only demonstrated by access, but by timeliness.

Therefore, Elders respectfully objects in part to the defendant's request for enlargement of time, and submits an alternative proposed Order for the Court's consideration.

Date:   March 12, 2003

                                        Respectfully submitted,

                                        /s/
                                    _____
Mark S. Zaid, Esq., Federal Bar #023887
Krieger & Zaid, PLLC
1133 21st Street, N.W.
Suite 800
Washington, D.C.  20036
(202) 223-9050

ATTORNEY FOR PLAINTIFF