## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. MJG-02-3892 |
| | * | |
| MARIA C. DIAZ | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant's Motion for Enlargement of Time, and the Plaintiff's Partial Opposition, as well as the entire record herein, it is hereby

ORDERED, that defendant's Motion is granted in part; and

FURTHER ORDERED, that Defendant has until on or before April 3, 2003, to submit her responsive pleading to the Plaintiff's First Amended Complaint.

_____
United States District Judge