```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,              *
                             *
        Plaintiff            *
                             *
   v.                        *   CIVIL ACTION NO. MJG-02-3892
                             *
MARIA C. DIAZ,               *
                             *
        Defendant            *

        *   *   *   *   ***   *   *   *   *
```

## TABLE OF CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . 6

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    A.  Intramilitary Immunity . . . . . . . . . . . . . . 11

    B.  Cognizability . . . . . . . . . . . . . . . . . . 20

    C.  Privilege . . . . . . . . . . . . . . . . . . . . 29

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . 34

CERTIFICATE OF SERVICE . . . . . . . . . . . . . . . . . . . . 35