IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KARL L. ELDERS, | * |
| Plaintiff | * |
| v. | * CIVIL ACTION NO. MJG-02-3892 |
| MARIA C. DIAZ, | * |
| Defendant | * |

\* \* \* \* \*\*\* \* \* \* \*

## DECLARATION OF MARIA C. DIAZ

I, Maria C. Diaz, declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge:

1. I am a Lieutenant Colonel in the Maryland Air National Guard ("MDANG") and have been a commissioned officer therein for thirteen years.

2. I am a board eligible surgeon living and practicing in Baltimore County, Maryland. During the time-frame of the incidents giving rise to the Amended Complaint filed by the Plaintiff, Karl Elders, in the above-captioned case, I was assigned to the 135th Airlift Squadron as a Flight Surgeon; the Plaintiff was the Commanding Officer of that squadron. Outside of our military service in the National Guard, I have no relationship or contact with Lt. Col. Elders.

3. I have reviewed the Amended Complaint filed in the above-

1

captioned case and am thus familiar with the allegations made therein.

4. In or about February 2002, I had conversations with fellow Maryland Air National Guard officers in which I raised my concern that Lt. Col. Elders was sexually harassing me. As a result of these informal reports, the National Guard conducted two formal investigations. I gave sworn statements in both of these investigations detailing Lt. Col. Elders's repeated sexual harassment of me.

5. I have had no discussions accusing Lt. Col. Elders of sexual harassment with anyone at Franklin Square Hospital, my personal friends, or employees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| 4-8-03 | _[signature]_ |
| Date | Maria C. Diaz |