



MedStar Health Facilities

### Search Results

Your search resulted in **52** matches.
You can also perform another search.

Click on a doctor's name to view more detailed information.

**Sarkis Aghazarian**
Specialties: Surgery (General)

**Manoochehr Arfaa**
Specialties: Surgery (General)

**Fernando Bohorquez**
Specialties: Surgery (General)

**Prabir Bose**
Specialties: Surgery (General)

**James Buck**
Specialties: Surgery (General)

**Benito Co**
Specialties: Surgery (General)

**Jacinto De Borja**
Specialties: Surgery (General)

**Alberto Del Corro**
Specialties: Surgery (General)

**Salvatore DeMarco**
Specialties: Surgery (General)

**Maria Diaz**
Specialties: Surgery (General)

**Mohammed Fakhouri**
Specialties: Surgery (General)

**Kristin Fernandez**
Specialty in Diseases of the Breast
Specialties:   Surgery (General)

**Roger Filamor**
Specialties: Surgery (General)

**Shanker Gupta**
Specialties: Surgery (General)

**Gopal Guruswamy**
Specialties: Surgery (General)

**Abdallah Helou**
Specialties: Surgery (General)

**Zabihollah Lahiji**
Specialties: Surgery (General)

**David Lanphear**
Specialties: Surgery (General)

**Hoa Lee**
Specialties: Surgery (General)

**Sheldon Lerman**
Specialties: Surgery (General)

**Kenneth Lindyberg**
Specialties: Surgery (General)

**Govind Madhiraju**
Specialties: Surgery (General)

**Scott Maizel**
Specialties: Surgery (General)

**Dimitrios Mavrophilipos**
Specialties: Surgery (General)

**Zacharias Mavrophilipos**
Specialties: Surgery (General)

**Eugene Meyer**
Specialties: Surgery (General)

**Reynaldo Miranda**
Specialties: Surgery (General)

**Jose Morelos**
Specialties: Surgery (General)

**Michael Murphy**
Hand Surgeon
Specialties: Surgery (General)

**Jose Ortiz**
Specialties: Surgery (General)

**Bashar Pharoan**
Specialties: Surgery (General)

**Arturo Pidlaoan**
Specialties: Surgery (General)

**Claro Pio Roda**
Specialties: Surgery (General)

**Rajesh Raikar**
Specialties: Surgery (General)

**Ameen Ramzy**
Specialties: Surgery (General)

**Kirk Reichard**
Specialties: Surgery (General)

**William Roe**
Specialties: Surgery (General)

**Jose Ruiz**
Specialties: Surgery (General)

**Mir Sarshar**
Specialties: Surgery (General)

**Ahmed Shafik**
Specialties: Surgery (General)

**Yeshvant Shetty**
Specialties: Surgery (General)

**Siva Rama Sompalli**
Specialties: Surgery (General)

**Siva Rama Sompalli, MD**
Specialties: Surgery (General)

**Scott Steinmetz**
Specialties: Surgery (General)

**Eric Strauch**
Specialties: Surgery (General)

**Paiboon Surichamorn**
Specialties: Surgery (General)

**Apparao Vanguri**
Specialties: Surgery (General)

**Baltasar Velez**
Specialties: Surgery (General)

**Francis Velez**
Specialties: Surgery (General)

**Roger Voigt**
Specialties: Surgery (General)

**Frederick Walker**
Specialties: Surgery (General)

**Jeremy Weiner**
Specialties: Surgery (General)

MedStar Health

Franklin Square Hospital Center | 9000 Franklin Square Drive | Baltimore, M
443.777.7000 | info@franklinsquare.o