UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                    Reply to Northern Division Address

April 16, 2003

Stephen M. Doyle, Esq.
Judge Advocate General's Corps
Maryland Army National Guard
1724 Sutton Ave
Baltimore, Md 21227

                                       Elders v. Diaz
                           Re:     Case No. MJG 02-3892

Dear Counsel/Party:

       Your Notice of Appearance was received in paper format on 4/16/03. This document should have been filed electronically.

       [   ]     The document has been scanned and filed electronically. The paper copy is being returned to you.

       [ X ]     A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

       If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

       Please be advised that any future filings which are not made electronically may be returned to you.

                                                                          Very truly yours,

                                                                          S. Franke
                                                                          for
                                                                          Felicia C. Cannon, Clerk

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

cc:     Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Warning letter

## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
### DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                             Reply to Northern Division Address

April 16, 2003

Stephen M. Doyle, Esq.
Judge Advocate General's Corps
Maryland Army National Guard
1724 Sutton Ave
Baltimore, Md 21227

                                         Elders v. Diaz
                               Re:      Case No. MJG 02-3892

Dear Counsel/Party:

       Your Notice of Appearance was received in paper format on 4/16/03. This document should have been filed electronically.

       [   ]     The document has been scanned and filed electronically. The paper copy is being returned to you.

       [ X ]     A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

       If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

       Please be advised that any future filings which are not made electronically may be returned to you.

                                                                                Very truly yours,

                                                                                S. Franke
                                                                                for
                                                                                Felicia C. Cannon, Clerk

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Warning letter

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                          Reply to Northern Division Address

April 16, 2003

Stephen M. Doyle, Esq.
Judge Advocate General's Corps
Maryland Army National Guard
1724 Sutton Ave
Baltimore, Md 21227

                        Elders v. Diaz
               Re:    Case No. MJG 02-3892

Dear Counsel/Party:

     Your Notice of Appearance was received in paper format on 4/16/03. This document should have been filed electronically.

    [   ]    The document has been scanned and filed electronically. The paper copy is being returned to you.

    [X  ]    A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

     If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

     Please be advised that any future filings which are not made electronically may be returned to you.

                                                  Very truly yours,

                                                  S. Franke
                                                  for
                                                  Felicia C. Cannon, Clerk

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Warning letter