UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| Plaintiff, | * | |
| v. | * | Case No. MJG-02-3892 |
| MARIA C. DIAZ | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR ENLARGEMENT
OF TIME IN WHICH TO SUBMIT RESPONSIVE PLEADING**

The plaintiff Karl L. Elders, by and through his undersigned counsel, respectfully requests an extension of time until on or before Wednesday, May 14, 2003, in which to submit a responsive pleading to the defendants' Motion for Summary Judgment. The plaintiff's response was due to be filed April 28, 2003. This is plaintiff's first request for an extension.

In addition to several court and administrative deadlines in other cases that pre-dated this filing date, Plaintiff's counsel has been unable to conduct any significant work on any of his cases since April 20, 2003. On April 21, 2003, plaintiff's counsel's wife delivered their first child, Olivia Michelle Zaid. Plaintiff's counsel is returning to the office on April 29, 2003, and therefore requests the additional time.

Plaintiff's counsel has discussed this request with the defendant's counsel, and she has graciously consented to the extension. This extension will not affect any other scheduled court matter. A proposed Order accompanies this Motion.

Date:   April 28, 2003

       Respectfully submitted,

           /s/

       _____
       Mark S. Zaid, Esq., Federal Bar #023887
       Krieger & Zaid, PLLC
       1133 21st Street, N.W.
       Suite 800
       Washington, D.C.  20036
       (202) 223-9050

       ATTORNEY FOR PLAINTIFF