## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| Plaintiff, | * | |
| v. | * | Case No. MJG-02-3892 |
| MARIA C. DIAZ | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

Upon consideration of Plaintiff's Consented-To Motion for Extension of Time in Which to Submit Responsive Pleading, and the entire record herein, it is hereby

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that plaintiff has until on or before May 14, 2003, in which to submit his responsive pleading.

_____
United States District Judge