## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KARL L. ELDERS * | |
| * | |
| Plaintiff, * | |
| * | Civil Action No. MJG 02-3892 |
| v. * | |
| * | |
| MARIA C. DIAZ * | |
| * | |
| Defendant. * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### CONSENTED-TO MOTION FOR EXTENSION OF TIME

NOW COMES the plaintiff, by and through his undersigned counsel, to respectfully move the Court for an extension of time to on or before Monday, May 19, 2003, in which to file a responsive pleading to Defendant Maria C. Diaz's Motion for Summary Judgment. A responsive pleading is presently due to be filed on or before Wednesday, May 14, 2003.

Plaintiff's counsel wife recently delivered their first child on April 21, 2003, and he has been out-of-the office for more time than originally envisioned in order to assist with the initial child rearing and necessary lifestyle accommodations. In addition to having to complete his earlier scheduled briefs for which deadlines were moved due to the birth itself, plaintiff's counsel has also been required to devote a significant amount of time to a very sensitive, national security criminal investigation. Thus, an additional five days are sought in which to file the forthcoming responsive pleading.

Plaintiff's counsel has discussed this request with defendant's counsel, and she has graciously consented to this extension of time. This is the second request for an extension. No further extensions are planned. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:   May 9, 2003

/s/

_____
Mark S. Zaid, Esq.
Fed Bar #023887
Krieger & Zaid, PLLC
1133 21st Street, N.W.
Suite 800
Washington, D.C.  20036
(202) 223-9050

Attorney For Plaintiff

2