## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. MJG 02-3892 |
| v. | * | |
| | * | |
| MARIA C. DIAZ | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Plaintiff's Consented-To Motion for Extension of Time, and the entire record herein, it is this _____ day of May 2003, hereby,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that plaintiff's responsive pleading is due on or before Monday, May 19, 2003.

_____
Marvin J. Garbus
United States District Judge