DEPARTMENT OF THE AIR FORCE
HEADQUARTERS, 175th WING (ANG)
2701 EASTERN BOULEVARD
BALTIMORE, MARYLAND 21220-2899

7 Mar 02

MEMORANDUM FOR RECORD

FROM: 175 SFS/CC

SUBJECT:

1. Approximately two weeks ago LtCol Maria Diaz advised me of a problem she was having with another officer and that she was scared and very concerned and didn't know what to do. I observed that LtCol Diaz was very nervous and upset and was crying as she told me the story.

2. LtCol Diaz stated that she was having problems with LtCol Carl Elders with him coming on to her. I asked LtCol Diaz in what way and she explained that LtCol Elders was making advances to her and that she advised him that she was not interested and that she was married. She thought that would be the end of this incident but unfortunately, this incident became worse.

3. LtCol Diaz stated that LtCOL Elders was still persistent and that he would try to intimidate her. She stated that LtCol Elders had a habit of brushing against her and once grabbed her by her wrist and twisted it. LtCol Diaz advised me that she became very frightened and wasn't sure what to do. LtCol Diaz stated that LtCOl Elders stated to her that she should stay in operations because he could help her career and that he was very good friends with MG Tuxill. LtCol Diaz took that as a threat feeling if she did not cooperate or told anyone, LtCol Elders would try to destroy or end her career.

4. LtCol Diaz stated that she was afraid to make any formal complaints because she was concerned that no one would believe her and that LtCol Elders would make her life miserable and that he would get away with it. LtCol Diaz actual statement was "he is making my life a living hell and he will land on his feet when this is over". LtCol Diaz was referring to LtCol Elders.

5. I advised LtCol Diaz that she should make a formal complaint but should speak to LtCol Warren Thomas and BG Beasley first to give them a heads up on this incident. LtCol Diaz appeared to be very scared and confused. I advised her that BG Beasley would not tolerate this type of action and she needed to speak to him. LtCol Diaz had fears that LtCol elders would try to cause problems with her husband in someway. She has advised her husband of the problems she is having.

RAUL Q. WILLEM, Maj, MdANG
175 SFS/CC