8 March 2002

**MEMORANDUM FOR RECORD**

This memorandum is documentation of observations I have made and comments made to me concerning the relationship between the 135 AS/CC, LTC Karl Elders and the 135 AS Flight Surgeon, LTC Maria Diaz.

In the fall of 2001, LTC Diaz informed me that LTC Elders had asked her to join him for a trip to Amsterdam. LTC Elders is a traditional guardsmen who also maintains a full time job as pilot for United Airlines. He offered to take LTC Diaz with him while he was flying a trip for the airlines, the trip would be at no cost to her because he would provide her with a "buddy pass" from the airlines and he implied she could stay with him in the airline contracted hotel where the pilots stay for crew rest. While there he promised to "show here a good time" and to take her downtown to the red light district where they could go "window shopping". LTC Diaz declined LTC Elders' invitation for the trip. On at least 2 or 3 other occasions LTC Diaz confided in me that LTC Elders wants to "sleep with her" or "go to bed" with her.

During this same time period, the position for State Air Surgeon was opened for hire. LTC Diaz applied for the job. LTC Elders offered to write a letter of recommendation for LTC Diaz. She told me that LTC Elders commented to her that he could help her "get what she wanted". LTC Diaz also had an Officer Performance Report due at the same time. LTC Elders is the rating official for LTC Diaz. Normal duty hours at the base are Tuesday thru Friday 0630-1700. LTC Elders called LTC Diaz on a Monday asking her to come down to his office on base at around 1900 so they could review the OPR and letter of recommendation. She was called at home, at work, and on her pager. LTC Diaz told me she declined to meet with LTC Elders. She stated that she did not feel comfortable meeting alone with him, in the evening, and on a non-duty day when other guard members would not be in and around the building.

The 135th Airlift Group is currently in conversion to the C-130J aircraft. This aircraft is significantly different from the unit's previous C-130's. A portion of the unit's training involves a week in the simulator. Since the Air Force is not currently equipped with a simulator, training is being accomplished in the United Kingdom. LTC Diaz, who as a Flight Surgeon and is considered an aircrew member, joined myself and 5 others for this training in June 2001. During the unit Christmas party during the December UTA, I overheard LTC Elders make a comment to LTC Diaz that she was "hanging out with her buddy from England and that she was supposed to go to the simulator with him." The "buddy" LTC Elders was referring to was myself. The tone in which this statement was made, as I heard it, implied that there was more than just a working relationship between myself and LTC Diaz while training in England.

Within the last 3 months and as recently as this week, LTC Diaz has commented to me several times that she is uncomfortable when she is around LTC Elders. This relationship, in my opinion, warrants further investigations. If there is unacceptable behavior in this case, it must be dealt with. It is having an impact on the unit's health and morale and cannot be tolerated.

This statement is true as it has been conveyed to and observed by me.

*James M Mentges*

James M. Mentges, MAJ, MdANG
Commander, 135 Operations Support Flight