20

FOR OFFICIAL USE ONLY

Section III: Tab F

7. INDEX OF WITNESSES:

F (1) Lt Col Maria C. Diaz, 135 AS, Squadron Medical Element
- Sworn Statements dated 9 Mar 02 and 14 Mar 02
- Transcript of interview dated 18 Apr 02 and 3 May 02
- Privacy Act Statement dated 18 Apr 02

F (2) Lt Col Karl L. Elders, Subject, 135 AS, Commander
- Refutation Letter dated 16 Mar 02
- Transcript of interview dated 18 Apr 02
- Privacy Act Statement dated 18 Apr 02

F (3) Brig Gen David A. Beasley, 175 WG, Commander
- Transcript of interview dated 19 Apr 02
- Privacy Act Statement

F (4) Col John C. Inglis, 135 AG, Commander/Inquiry Officer
- Transcript of interview dated 19 Apr 02
- Privacy Act Statement dated 19 Apr 02

F (5) Lt Col Thomas E. Hans, 135 AG, Chief Pilot
- Transcript of interview dated 9 May 02

F (6) Lt Col Michael C. Lunt, 135 AG, Director of Operations
- Sworn Statement dated 10 Mar 02
- Transcript of interview dated 19 Apr 02
- Privacy Act Statement dated 19 Apr 02

F (7) Lt Col Tamara L. Miller, 175 WG, Staff Judge Advocate
- Transcript of interview dated 4 May 02
- Privacy Act Statement

F (8) Lt Col Timothy Robbins, 135 AS
- Transcript of interview dated 4 May 02
- Privacy Act Statement dated 4 May 02

F (9) Lt Col Warren Thomas, 135 AG/DCO
- Transcript of interview dated 19 Mar 02
- Statement dated Jun 02
- Privacy Act Statement dated 18 Apr 02

F (10) Lt Col Mark Wolfgang, 135 AS, Aircraft Commander & Instructor Pilot
- Transcript of interview dated 10 May 02
- Privacy Act Statement dated 10 May 02

FOR OFFICIAL USE ONLY

17

FOR OFFICIAL USE ONLY

F (11) Maj David G. Bolgiano, 175 WG, Deputy Staff Judge Advocate
- Transcript of interview dated 9 May 02

F (12) Maj Doris E. Maurer, 135 AG, Deputy Commander for Logistics
- Sworn Statement dated 14 Mar 02
- Transcript of interview dated 19 Apr 02
- Privacy Act Statement dated 19 Apr 02

F (13) Maj Michael Mentges, 135 OSF, Commander/135 AG, Training Officer
- Sworn Statements dated 8 Mar 02 and 12 Mar 02
- Transcript of interview dated 3 May 02
- Privacy Act Statement dated 3 May 02

F (14) Maj Raul Willem, 135 SFS, Commander
- Sworn Statement dated 8 Mar 02

F (15) Maj Todd Wilkinson, 135 AS
- Sworn Statement dated 10 Mar 02
- Transcript of interview dated 17 Apr 02
- Privacy Act Statement dated 17 Apr 02

F (16) CMSgt Charles M. Robinson, 135 OSF, Chief of Flight Services
- Transcript of interview dated 10 May 02
- Privacy Act Statement dated 10 May 02

F (17) CMSgt Frederick Williams, 135 AS, Loadmaster Superintendent
- Sworn Statement dated 2 Jun 02

F (18) Mr. Mark Zaid, Attorney of Record for Lt Col Elders
- Transcript dated 18 Apr 02

WITNESS STATEMENTS: Statements made under oath by the witnesses listed. With the exception of the statement given by Major Willem and CMSgt Williams all interviews were recorded and transcribed.