**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KARL L. ELDERS | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. MJG-02-3892 |
| | * |
| MARIA C. DIAZ | * |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF TED WHITELEY

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this declaration in support of the Plaintiff's Opposition to Defendant Maria C. Diaz's Motion for Summary Judgment.

2. I am currently a Master Sergeant in the Maryland Air National Guard, and serve as an Air Technician for the 175th Tactical Fighter Group. I joined the United States Air Force in 1966, served one tour in Vietnam and remained on active duty until 1970, at which time I was given an honorable discharge. I joined the Maryland Air National Guard in 1972, and was hired full-time as a civil service employee in 1978.

3. I know the defendant Maria Diaz due to her responsibilities as a flight surgeon for the Maryland Air National Guard. In or around November or December 2002, she volunteered to me that she was being sexually harassed by an officer within the 135th Airlift Squadron. Before she told me the officer's name, I told her not to reveal it. I did not want to get involved with gossip. However, I have no doubt that, had I not said anything or if I specifically asked, she would have revealed the name of the individual. She also informed me that two investigations concerning her allegations had been conducted. One substantiated her allegations, and one had not. It was her understanding, according to what she was told by Colonel Allyson Solomon, that she would never be

able to see the investigative reports. Finally, Dr. Diaz also told me she was being sued by the individual whom she alleged had sexually harassed her.

  4. I have since come to learn that the individual Dr. Diaz was referring to is the plaintiff Karl Elders, whom I do not know. Prior to learning Mr. Elder's identity, I had participated in conversations at Warfield Air National Guard Base that an officer in the 135th was removed from his command position amidst charges of sexual harassment. Given the fact that I have been with the Maryland Air National Guard for thirty years, had I made any effort at any time to ascertain who Dr. Diaz was talking about, it would have been simple for me to have found out, particularly because it was the topic of discussion on the Base.

  5. Additionally, sometime around January or February 2003, Dr. Diaz also volunteered to me that she had told others of her allegations of sexual harassment. It was my understanding that she conveyed her allegations to either congressional staff or perhaps even testified before a congressional committee regarding what she allegedly experienced.

  I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date: May 8, 2003

                    /s/
                 _____
                   Ted Whiteley