UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS                        *
                                      *
    Plaintiff,                        *
                                      *
v.                                    *     Case No. MJG-02-3892
                                      *
MARIA C. DIAZ                         *
                                      *
    Defendant.                        *
                                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DECLARATION OF DAVID M. FALTER

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this declaration in support of the Plaintiff's Opposition to Defendant Maria C. Diaz's Motion for Summary Judgment.

2. I am currently a Major in the 135th Airlift Squadron of the 175th Wing/135th Airlift Group, Maryland Air National Guard. I was selected by the 135th Airlift Squadron (AS) as a pilot and began work at the Unit in November of 1990. I know both the plaintiff Ltc Karl Elders and the defendant Ltc Maria Diaz, and I am personally very familiar with the circumstances at issue in this case.

3. On January 12, 2002, I took it upon myself to approach Major General Bruce Tuxill and inform him of serious concerns that I and others had regarding the flying safety, loss of key personnel and leadership abuses of some of the leadership within the Maryland Air National Guard. An investigation, still ongoing, by the Department of Air Force's Office of Inspector General was then initiated. During my conversation with MG Tuxill I repeatedly warned him that Ltc Elders was in danger of being illegally railroaded out of the Unit. At the time, I did not know how Ltc Elders would be removed, but I began to suspect it would likely be perpetrated by Ltc's (then Majors) Mentges and Wilkinson.

4. In the 2 ½ years before Ltc Elders fell victim to what I believe are false sexual harassment allegations, Ltc Maria Diaz verbally offered her services to me as a doctor, friend and confidant. As a doctor, I trusted her to uphold her Hippocratic Oath and to keep any personal information unrelated to professional performance as confidential. She repeatedly encouraged and pressed me for information concerning Unit controversies and related issues. At the same time she would confide in me her personal wants, desires and regrets. For example, she expressed to me her regret at being a virgin when she married and that she wanted to "expand" her "experiences" sexually. I personally witnessed that she flirted heavily with certain Unit members. Ltc Diaz also wanted to become the Hospital Commander or State Air Surgeon and dreamed of becoming a General. Even though she confided in me some of her closest personal feelings, at no time did she ever indicate to me that she was experiencing any sexual harassment problems with Ltc Elders or any other officer.

5. Beginning in mid-to-late 2001, Ltc Diaz continued to maintain and grow an extremely close and personal relationship with Ltc Warren Thomas and Ltc Michael Mentges, which included taking long oversees trips with them and visiting them on-base, after-hours, while she was wearing civilian clothes. It was particularly in the December 2001 to March 2002 time frame that I began to notice a high level of secrecy between the three of them, in addition to her closeness with Ltc's Mentges and Thomas. Ltc Diaz acted very suspiciously around them. Frankly, I began to suspect that Diaz, Thomas and Mentges were engaged in, or planning some sort of wrongdoing, but did not know specifically what it could be. Her meetings with Ltc Thomas and/or Ltc Mentges were private and often at odd hours. As late as May 18, 2003, I observed Ltc Diaz alone with Ltc Thomas, engaged in a closed-door meeting. As a 'Squadron' member, she would have little if any proper, official reason to repeatedly meet with the 'Group' Deputy Commander and/or the Operations Support 'Flight' Commander as often as she does.

6. On January 18, 2002, shortly after my warning to MG Tuxill, Ltc Thomas said things to me that I found shocking. Ltc Thomas repeated to me word-for-word knowledge and personal information I had told Ltc Diaz exclusively, in private, as protected doctor-patient communications. Around the same time, I became aware that Ltc Diaz, in her capacity as a doctor, had suggested to Ltc Thomas that conducting a psychological evaluation may be an effective means of removing me from the Unit. I knew then that Ltc Diaz had abused her position as Squadron doctor to win favor with upper management, and that she was working with certain officers to facilitate the removal of specific personnel they did not like.

7. During the period of Summer 2000 to February 2002, I often saw Ltc Elders and Ltc Diaz in close proximity to one other, and interacting without any problems. I witnessed nothing but professionalism and friendship. At no time did I ever notice anything in Ltc Diaz's demeanor that would lead any reasonable person to suspect she was uncomfortable around Ltc Elders. Indeed, even after these alleged sexual harassment incidents took place and Ltc Diaz was supposedly fearful of being around Ltc Elders, she continued to engage in close contact with him and even verbally joked about sexual matters. Behavior equally inconsistent was that of Maj Doris Maurer, who also claimed she had been allegedly sexually harassed by Ltc Elders. During the Unit's December 2001 Christmas party (which was after Maj Maurer claimed to have been sexually harassed), from approximately 15-20 feet away, I observed Maj Maurer walk up behind Ltc Elders and embrace him in what can only be described as a big "bear-hug". Ltc Elders reacted with surprise, turned to see who it was that grabbed him, and engaged Maj Maurer in friendly conversation, with both of them laughing and smiling. Neither Maj Maurer's demeanor nor her physical actions indicated that she was concerned or fearful of Ltc Elders at all. On the contrary her behavior appeared to be very trusting and affectionate, just as I have always seen between Ltc Diaz and Ltc Elders.

8. During the role-call of our February (1st, 2nd) 2002 drill, Ltc Diaz stood in front of the Squadron and apologized if her "touchy-feely" nature had offended anyone, and told us that it was just harmless touching and not at all sexual harassment. "It's just the way I am" she explained. Her preemptive statement seemed rehearsed, coached, and designed to publicly proclaim to everyone that she knew what constituted the line between acceptable and unacceptable sexual behavior, as if it were to become an issue.

9. Not only did her apology perplex most of us as being quite strange, but during her performance Ltc Diaz also specifically pointed to Ltc Elders and asked that he keep a closer eye on her for the future. I have read the Memorandums for the Record provided by then Majors Willem (dated 7 Mar 02) and Mentges (dated 8 Mar 02). The statements they assert Ltc Diaz told them during the same time periods I have described above make absolutely no sense given what I witnessed and experienced. Assuming for a second that even some of what she told them was true (and I do not believe any of it is), then why would she ever have made the public comments about Ltc Elders she made in February 2002, which she did of her own free will?

10. During this same period was the impending retirement of the 175th Wing Commander, BG Beasley, and the opportunity for all those below him to advance one position. The next in order of succession was Col John Inglis, who MG Tuxill informed me on January 12, 2002, was to take the Wing Commander's position. Col Inglis's old position (Group Commander) was most likely to be given to Ltc Thomas. I learned that Ltc Elders, who had greater command experience and an arguably superior resume than Ltc Thomas, had chosen at the last minute in February 2002, to apply for the position also. If Ltc Elders were to obtain the Group Commander position, it would effectively "freeze" Ltc's Thomas, Mentges and Wilkinson in their positions for years to come and upset the order of succession.

11. At this point in late February 2002, it is my belief that Ltc Elders fate was sealed. Nine weeks after I warned MG Tuxill of an upcoming plot to destroy the command and

4

career of Ltc Elders, and one week after his interview for the Group Commander position, Ltc Elders was removed from command in mid-March 2002, grounded from flying aircraft and effectively barred from base by Col John Inglis. It was immediately suspected by many members of the organization that Ltc Elders was the victim of career and character assassination. Rampant rumors soon began to spread. Talk of rape and sexual harassment made its way around the Squadron as Ltc Thomas and CMSgt Fred Williams solicited women in the Unit to recall any problems they may have had with Ltc Elders, implying sexual misconduct.

    12. MSgt Diane Kreinbrink, TSgt Angela Lamb and TSgt Christine Fisher all reported to me that Ltc Thomas and/or CMSgt Williams asked them questions of a sexual nature about Ltc Elders. There was absolutely no military reason why either Ltc Thomas and especially CMSgt Williams should have known anything about Ltc Diaz's allegations against Ltc Elders. That is, unless she and others were intentionally spreading the allegations to others on the base in order to discredit Ltc Elders.

    13. I soon confirmed my suspicions of who the individuals were that were responsible for the removal of Ltc Elders. I observed Ltc's Diaz, Mentges, Wilkinson and Maj Maurer meeting together in the base dining hall and conversing in a tight circle in a far corner of the room. Their behavior only fueled more rumors. There was no military reason or work related purpose I know of that would have required these individuals to be meeting in such a manner. Within a couple of weeks the fact that sexual harassment was the charge against Ltc Elders seemed to be common knowledge around the Squadron.

    14. MSgt Diane Kreinbrink, the Squadron First-Sergeant, personally informed me that prior to the allegations being made against Ltc Elders, Maj Maurer approached her and asked her leading questions in an attempt to recruit her in an effort to depose Ltc Elders. MSgt Kreinbrink described Maj Maurer's approach as a private session in the base's Command Post which involved Maj Maurer attempting to exploit a minor

5

misunderstanding between MSgt Kreinbrink and Ltc Elders in order to get her to join in a complaint against Ltc Elders. MSgt Kreinbrink declined the invitation to participate citing her high regard for Ltc Elders. In my opinion, MSgt Kreinbrink is, to this day, reluctant to come forward and fears retaliation, but would repeat her story if compelled to testify under oath. As I previously noted, Maj Maurer also apparently believed Ltc Elders had sexually harassed her. However, this would make little sense as it is commonly suspected that Maj Maurer has no interest in men. It would make no sense for Ltc Elders to make any sort of a sexual "move" on Maj Maurer.

15. Following Ltc Elders' removal, TSgt Angela Lamb related to me that she overheard, through the open door of Ltc Thomas's office, Ltc Diaz suggest that Ltc Thomas finish-off Ltc Elders by removing him from the Unit completely. Ltc Diaz's behavior and comments became increasingly odd. On September 10, 2002, I overheard Ltc Mentges talking to Ltc Wilkinson. They were improperly discussing the testimony that Ltc's Diaz and Thomas had given to the investigator from the Department of the Air Force's Office of Inspector General. Ltc Mentges made a very curious comment concerning Ltc Diaz's reaction to the investigator stating "she wanted to know, what does sex have to do with upper-management?"; a very provocative statement given the situation and her extremely close relationships with certain members of upper-management.

16. While I was showing Ltc Timothy Robbins an article from a legal newspaper concerning Ltc Elders' lawsuit in November 2002, Ltc Diaz and Ltc Thomas confronted Ltc Robbins and myself. Ltc Diaz screamed hysterically that she does not care if we all sue her, and Ltc Thomas accused Ltc Robbins of "spreading rumors". Ltc's Robbins, Diaz and Thomas, as well as Col Inglis then entered a private room. It was reported to me by Cpt Gary Bernard and confirmed by Ltc Robbins, that Ltc Diaz asked Ltc Robbins – "why are you afraid of me touching you?, I know you love your wife."

17. Knowing all the individuals involved in this case for many years, I do not believe Ltc Elders sexually harassed Ltc Diaz.  I believe Ltc Diaz fabricated the stories in an effort to conspire with Ltc's Thomas, Mentges and Wilkinson, and Maj Maurer to ensure Ltc Elders did not obtain the Group Commander's position.  I think the events that I and others have witnessed seriously call into question the credibility and veracity of Ltc Diaz. Additionally, I am aware that Ltc Diaz is suspected to have conspired to cheat on her Air War College research paper as well, specifically by plagiarizing a paper originally authored by Ltc Mentges. An investigation of Ltc Diaz and Ltc Mentges was conducted by an outside authority, but I am not aware as to whether the results have been made public. I am aware that it is possible that Ltc Diaz may be under the impression that Ltc Elders was the individual who reported her alleged actions.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.
Date: May 18, 2003

/s/
_____
David M. Falter