

**WILLIAM DONALD SCHAEFER**
GOVERNOR
COMMANDER-IN-CHIEF

**STATE OF MARYLAND**
MILITARY DEPARTMENT
FIFTH REGIMENT ARMORY
29TH DIVISION STREET
BALTIMORE, MARYLAND 21201-2288

**JAMES F. FRETTERD**
MAJOR GENERAL
THE ADJUTANT GENERAL

MDNG-AG

9 November 1987

MEMORANDUM FOR: SEE DISTRIBUTION

SUBJECT: Sexual Harassment Policy

1. It is my objective and the policy of the Maryland National Guard that each person be provided a work environment free of any acts of discrimination, including sexual harassment. Sexual harassment is the influencing, offering to influence or threatening the career, pay or job of another person--man or woman--in exchange for sexual favors. Deliberate or repeated offensive comments, gestures or physical contacts of a sexual nature in a work or duty related environment is also considered sexual harassment. Sexual harassment (in any form) will not be tolerated in any instance within the Maryland National Guard.

2. Commanders, supervisors and managers at all levels must place high priority on the elimination of any form of sexual harassment. Individuals who are sexually harassed by supervisors, co-workers or peers should make it clear that such behavior is unacceptable. Reporting of such behavior should be through the chain-of-command. It is the commanders/managers' responsibility (military, technician and civilian) to ensure that each occurrence of sexual harassment is dealt with fairly, swiftly and effectively.

3. Prevention through training is the best tool for elimination of any form of sexual harassment from the work area. Sexual harassment preventive training programs will be conducted for all civilian, military and technician personnel. Commanders and managers are tasked with the responsibility that all their personnel have received this mandatory training, either directly given at the unit level, through the academies' training programs, Equal Opportunity, Social Actions or Equal Employment Opportunity Programs.

4. The ability of our units to perform their missions depends greatly on the well being of all personnel within the Maryland National Guard. Sexual harassment debilitates morale, and undermines the advancements we have made in Equal Opportunity. I urge all personnel to do everything possible to keep your work environment free from sexual harassment.

JAMES F. FRETTERD
Major General
The Adjutant General

DISTRIBUTION:
All Full-Time Support Managers/
Supervisors (Army and Air)

9