

**STATE OF MARYLAND**
MILITARY DEPARTMENT
FIFTH REGIMENT ARMORY
BALTIMORE, MARYLAND 21201-2288

MDNG-AG (310-2d)                                              1 February 1995

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Sexual Harassment Policy

1. I cannot stress strongly enough the importance of eliminating sexual harassment within the Maryland National Guard. Currently, our men and women work side by side to ensure we achieve the mission.

2. Sexual harassment is a form of discrimination and a violation of law and standards of conduct I expect from all members and employees. Sexual harassment is unwelcomed verbal or physical conduct of a sexual nature which is made a condition or used as a basis for decision regarding employment, pay, or career; or interferes with an individual's performance; or creates an intimidating, hostile, or offensive work environment. Anyone involved in inappropriate touching and other unwanted verbal or physical contact is engaging in sexual harassment. It is unacceptable behavior and will not be tolerated in this organization.

3. I am totally committed to supporting the National Guard Bureau's Policy on sexual harassment. We must maintain an environment that values all people for their professional contributions without regard to gender. Individuals will be held accountable for their actions. Prompt attention will be given to all allegations and if substantiated, appropriate action taken against any member or employee engaging in this behavior.

4. Any person who believes they have been a victim of sexual harassment or any form of discrimination should contact either their chain of command, Equal Opportunity Officer, Social Actions Officer or the Equal Employment Manager as appropriate.

5. I will not tolerate or ignore any behavior that denigrates morale, productivity, readiness and mission accomplishment. Together, we can be committed to creating an environment free from sexual harassment and other forms of discrimination.

*It's the right thing to do!*

JAMES F. FRETTERD
Major General, MDNG
The Adjutant General

DISTRIBUTION:
A