▇▇▇ So I knew there was a lot of things that I was putting on line and I didn't know what to do. ▇▇▇ is my patient an▇ ▇ame to my office and I was…

Col Werts: What do you mean ▇ is your patient?

▇▇▇ I was removing. ▇ asked me to look at a mole, because I am a▇ ▇ was questioning some moles that ▇ had. And ▇ noticed that I had been acting more tense, not my usual 'everything is exuberant', and ▇ just wanted to know what was going on ▇ said "there is something going on and I know there is something going on down in the Unit because every time I mention something about the flying and about…", so ▇ asked me what was going on. I got to the point where I didn't know who to talk to so I talked to ▇ And I didn't mention, I had also talked to ▇▇▇ because ▇ was my buddy ▇ ▇nd I are good friends.

Col Werts: What did you expect them to do? I mean, what was your expectation?

▇▇▇ I think what I needed what I always give people.

Col Werts: Somebody to listen.

▇▇▇ Just to listen.

Col Werts: You didn't think they were going to take this any further?

▇▇▇ I didn't think so.

Col Werts: Did you tell them not to take it any further?

Col Werts: Oh so they just went around you.

▇▇▇ They knew I was upset. They knew that it was wrong what I was doing and that I was not saying things. I was blaming myself and you know what, I have no blame. I finally came to that understanding. I have no blame. I did not do anything. I did not want any attention. I have enough to do on my own and these were attentions that were not solicited. In fact, I, it should have stopped the first time when I said no.

Col Werts: Well, let's discuss…this is a little bit ahead of what I wanted to ask you, but you said it should have stopped the first time you said no, but you also said in your statement that there might have been a noise factor and you didn't know if he had the head phones on and you said you didn't know if he heard you, Colonel Elders, we are talking about the first kiss.

▇▇▇ Oh I had the headset on but when I punch, that's a "no".

C▇▇▇▇: That is not in there.

▇▇▇ No, but I pushed him back and to me that is not really a punch but…

Col Werts: I don't think that is in there, is it?

▇▇▇ No it's not. But if I did that, and I said … that means "no".

Col Werts: So you are saying this is not totally accurate, or not totally complete?

▇▇▇ No I'm saying that that is what it says there. I backed away. It says it there, and I said "no", because I don't know whether he heard me or not, but if I backed away and you heard me going "no"…this is what I said is true.

5                                                                                                           ▇ 5/3/02

46

**Col Werts:** I understand, I understand what you are saying and I am not trying to trip you up or anything of that nature, I am just getting an understanding. Now, I was curious as to, if there was some uncertainty, did you go at any other time, go back to him and say I just want to make sure you heard me?

▆▆▆: No I did not. You are correct in that respect. In that respect, yeah he might not have heard me but I would assume that he would, a no, I would assume that that was no. I mean there is, when I go back, when I go "no"...and I go like this. That is not in there but that is a matter of semantics there.

**Col Werts:** The record reflects that ▆▆ gave a hand motion, you know...

▆▆▆: But that is a matter of semantics...yeah it's not in there.

**Col Werts:** Yeah, you didn't say you pushed him back.

▆▆▆: What is there is what I said. I mean, I am not going to retract that.

**Col Werts:** All right. Okay. So I am curious why you didn't go to ▆▆▆ and/or ▆ ▆▆▆ You didn't go to either of those ▆▆▆ to ah, because they were in your Chain of Command and they have...

▆▆▆: No.

**Col Werts:** So you just talked with these two persons. Okay. That is ▆▆▆ statement. Is that correct?

▆▆▆: Yes, that is ▆▆▆'s statement.

**Col Werts:** And I am going to ask you...

▆▆▆: I am just reading it real quick, only because I can't remember...

**Col Werts:** Oh go ahead because I am going to ask you some questions about this statement. Just take your time.

▆▆▆: Okay.

**Col Werts:** Before I ask you about ▆▆ statement, let me just one more time. When you spoke to these other two ▆▆▆ you didn't expect them to take it any further and therefore you yourself did not go any further, in terms of going to ▆▆ or ▆▆▆, or...

▆▆▆: No I didn't.

**Col Werts:** Okay. Were you surprised that they, when they told you...

▆▆▆: Yes, Oh my God...yes I was surprised because then I got called in and I have been very reluctant at all times to say anything.

**Col Werts:** Got called in by whom ▆▆▆? Who did you get called in by?

▆▆▆: General Beasley.

**Col Werts:** General Beasley called you in?

▆▆▆: Yes, to talk to me about the things that I didn't want to verbalize and the JAG was there too.

**Col Werts:** Which JAG?

▆▆▆

**Col Werts:** ▆▆▆ was there?

▆▆▆: Yes.

**Col Werts:** And Colonel Beasley..

▆▆▆: General Beasley.

6                                                                                               ▆▆▆ 5/3/02