**Col Werts:** Okay. So he's a brilliant man, you know, ...

He is. He is a very good person until ... until this incident happened with me.

**Col Werts:** Okay. Let's talk about some of your allegations.

Yes Sir.

**Col Werts:** In your statement, you have about six (6) items. I'd like to discuss this first item in which you indicate that during the summer of 2000, you flew on a C-130 local training. That is one of those sorties that you were telling me about.

Yes Sir.

**Col Werts:** Okay...and there were other people there, however, Col Elders instructed two of the pilots and your position, you were in the back, you were in the rear of the plane.

I went back into the plane. There is three pilots, there is loadmasters, it is a training session. I went to the back of the plane because there was just not enough seats.

**Col Werts:** Okay.

You have two seats at the back and then you have the loadmaster and the two pilots. Col Elders was standing, so I went into the back. Plus, I like those sorties when I can go in the back because I can read. It is like two (2) hours of reading. I have          To me, going up there is like getting away from the world.

**Col Werts:** Sure...

So I went in the back to read a book and I laid down. I was laying down on the, because what they do...

**Col Werts:** You were in flight at this time.

Yes Sir.

**Col Werts:** Oh, okay.

I was laying down because they opened the seats so I could just read. They had just gotten the airplanes and I was just laying down there reading my book. And...

**Col Werts:** And that is when he came over?

Yes Sir. And I felt there was a problem. So when he bent down, I asked him what was wrong and he kissed me. I told him not do it again. And I thought that was it.

**Col Werts:** And then your next statement, you know, a year later...

Yes...

**Col Werts:** A year later, you made reference to the offer to go to Amsterdam.

We were sitting down talking in one of those sessions where I would sit down and listen to him. He was telling me that he flies all over the place and to me that is just neat to be able to get on the airplane, fly, go to places, come back. So different from what I do in real life. Operating, even though I do help patients. But it is just a nice way to get away and then he offered about Amsterdam. At that time, the naive ness that I...he said you can even go shopping and I didn't realize that window shopping in Amsterdam is really, when I talked to the other guys, it is really - they have - this is embarrassing...They have women in there that you can look at and say I want that one and I thought window shopping was buying clothes...

5  4/18/02

30

**Col Werts:** Yeah, buying clothes.

Well I didn't know that in Amsterdam that you could do that. And I was telling the guys and they said "Oh▮ You don't know what Amsterdam is. You can go out there and buy sex." So I was totally surprised that he would even say this, that he would take me out there. I didn't want delve into it, but he did, he did say that I could, that he could get me a buddy pass.

**Col Werts:** Now, what makes you think bad about this when window-shopping carries two connotations.

That's right.

**Col Werts:** Do you think that ... well what do you think that he meant by that?

That time I wanted to think he just meant to say that it would be nice to go to Amsterdam. Afterwards, when I realized what it meant with the sex and all of that, it offended me. Again, I didn't let him approach me with the subject. I started...well it's there Sir. This is totally uncomfortable.

**Col Werts:** Yes, I understand. You made the...there is something I want to clear up in my mind. He said window-shopping and in Amsterdam, there is this concept of window-shopping that you and I didn't know about, but there is also - I am sure there are also shops there that you can shop and buy stuff. You know...

Not when...he giggled when he was doing this.

**Col Werts:** Okay...so...yeah

Cause he knew I was going clothes, you can buy clothes.

**Col Werts:** Right...right...okay. So he kind of went pass you then?

He was giggling Sir. I realize....

**Col Werts:** He had his....

He already knew what he wanted, but I didn't know what he wanted.

**Col Werts:** All right...I am going to back up one step. Back in 2000, when this first alleged incident with the kiss occurred, okay, ...

Yes Sir.

**Col Werts:** After that happened and you told him no, did you document it, did you talk to anybody about this, about what had happened?

No Sir, I did not.

**Col Werts:** Okay. So you waited. Recently you talked with people about this incident..

Yes Sir. Because of what was going on. If you keep on reading, when he did it a second time, that was terrible. One time you can forgive, in a sense. When I say no, it means no.

**Col Werts:** All right.

A second time is not right. I don't care who he is. It's just not right.

**Col Werts:** Okay. And I have your statement here of how he called you to the office and

He was writing my OPRs. It was a Monday and I was also very upset because the only people on a Monday there are the people in battle staff. There is no need for me to go in at 6:30 to look at OPRs. There is no need. So I went the following day and I looked at them and it was a Tuesday and on a Tuesday everybody is there.

**Col Werts:** This happened on a Tuesday?

6
▮/18/02

██████ No the time he called me was on a Monday.

**Col Werts:** He called you to come in at 6:30 to review your OPRs.

██████ reviewed them the next day.

**Col Werts:** You went in the next day?

██████ Yes Sir. Because at 6:30 I am cooking dinner and I am at home.

**Col Werts:** But I read here where you said this is the second kiss.

██████ Okay. That second kiss…

**Col Werts:** Happened..?

██████ In his office, …

**Col Werts:** Do you recall it?

██████ Oh no, I recall it. It is just very dis…..

**Col Werts:** Listen ████ I realize this is sensitive and it is….

██████ I'm angry.

**Col Werts:** And yes,

██████ I am angry that somebody would do this to me. I am angry that my integrity…I feel like at this point …that my integrity is being questioned and I know it's not and you are being very nice. But I am angry that I have to go through this all over again. But if it means that I have to, I have to, because I have to make sure that I clear what I am saying. We were in the office and we were talking and he came over and he kissed me. But this time, it was a … I was caught by surprise…and he … I'm sorry Sir. He attempted to, what I said here, if you could just read it. I am … I'm sorry…

**Col Werts:** Okay…he put his hand on you.

██████ He turned me around, he bent over and he kissed me and he put his tongue in my mouth…he tried to put his tongue in my mouth. That is when I told him that he had gotten way out of hand, that this had gotten way out of hand. And that is when I started to get a little scared because I did not think that I would have to … to do further. I don't like hurting people. I don't. I mean I am a good person. I'd give you the shirt off of my back if you needed help and it is a "he said" - "she said" situation. I am a ████ I saw in surgical practice one of my friends get booted out of a program because she said one of the attendants tried to kiss her. You've got to realize the mentality that I have been put through. I have been told always to "not rock the boat". If you want to get somewhere, you have to play by the book, by the rules. I didn't know if people would believe me or not. I did not want to hurt him at all, but with him kissing me the second time, something had to be done. People noticed that I started changing. I was getting a little bit more closed. I wasn't show up as much, because I am there every day. My office is 15 minutes from the Guard. If they need something, I am up there, I'll write it, I'll do a physical, I'll give shots if there is a deployment. I'll go in there and I'll do all of these little extra things that no body knows that I do. I was afraid of "he said - she said", because that is what it is going to boil down to.

**Col Werts:** So you are aware of the Adjutant General's policy on sexual harassment.

██████ Yes I am.

**LtCol Werts:** Did you…

7                                                                                                              ████ 4/18/02

■■■ I was scared.

**Col Werts:** You know about the complaint process.

■■■ Yes I do. I have ■■■

**Col Werts:** Did you tell them at the base after that?

■■■ I did. I have a ■■■ who has wanted me to leave the Guard since the day I joined and has been waiting for something to happen. It has. When I told my ■■■ what was going on, the first thing out ■■■ mouth was - quit. The second thing is "I am going to get him." I couldn't - my ■■■ is a very successful ■■■ also is a great ■■■ but you've got to realize that it has destroyed m■■■ this thing. We're okay...but the basic thing i■■■ wants me to quit and I don't want to quit. I like what I do in the Guard, I like the people that I work with.

**Col Werts:** You shared this with you■■■ after the second incident?

■■■ It took me a couple of weeks to share it with ■■■ Before I did that, I had shared it with ■■■ because I didn't know what to do, and I was scared.

**Col Werts:** You made some statements to ■■■ relative to.... because he was, you know I'm concerned too...to and one summer you had indicated that Col Elders had kissed you and then the next summer this behavior repeats itself, saying he was a little more aggressive. So then the question is were there any other incidents, I mean, were there any other incidents because you state here that there was some other incidents that you didn't care to speak on at that time?

■■■ You know it took a lot to even verbalize that.

**Col Werts:** I guess here is the problem. Your integrity is not an issue. But when you look at some of the definitions of sexual harassment and you talk about unwelcome sexual advancements repeatedly, unwelcome you know creating a hostile environment, and there is the element of pro-quo, you know, you do this, I'll do that...then for Leadership to make a decision, you know, that it has been repeated and you were in a hostile environment, and ■■■ Sir, he grabbed my arm.

**Col Werts:** Tell me about that?

■■■ Okay. The hostile ... he was angry. We were having facilitator meetings and I thought these were great meetings because that would open up everybody. If you have problems you can talk it out and hash it out and get everything together and then walk out. Ah...we were at the door and it was after the Christmas Party and I had been talking to ■■■ I talked to Karl, I talked to everybody. He gave me chocolates. You don't give women chocolates, you know that, it's fattening...he gave other guy's wine, he gave me chocolates. Never pretty.. put that down too...no I'm kidding. I have to kid a little bit. But he gave me chocolates and he gave the other people wine. I could see what he was trying to do. Everybody was...you know it's Christmas, you are ... it's a good time. It's forgiveness, it's Christmas. Unfortunately, I had talked t■■■ nd we were, there are a lot of problems there. There is a lot of ■■■ was saying, "look he gave me wine". I said, "Look, take it in the offer was given - friendship, peace, etc." Well, sometimes people don't like to hear that s■■■ was a little upset. Because ■■■ was given a present.

**Col Werts:** This in ■■■

8                                                                                             ■■■ 4/18/02

not want to talk. I would not have if I had not, how can I say it, I don't know...I shouldn't say I should not have. I was scared, that's all. In the long run everything is fine, my ▇▇▇ nd I are fine.

**Col Werts:** But these are the instances that you cited?

▇▇▇ These are the instances.

**Col Werts:** And there are no others?

▇▇▇ No. I don't think I would want more. I think the tongue was enough. I don't want that to ever happen again to me. I'll surgically remove it.

**Col Werts:** He touched you then and turned you around.

over to me, he put his arm on my shoulder, and then I lifted my head up and, no but he didn't turn me around.

**Col Werts:** Stop the tape for a minute. Do you have any further information, statements or evidence that you wish to present concerning the matters that we have discussed?

▇▇▇ Well, I guess the only concerns that I have first of all is that we have to heal. We have to be able to come back as one unit. With all of the upheaval that is going on, my concern has always been safety with flying. I have a feeling, and this is the only concerns that I have, is that if - what is going to happen with this, this, the people that are being investigated, what is going to happen with the command staff, because we have to show leadership to the enlisted and we have to go and do our missions. A prime example is how uncomfortable I felt at the drill weekend that I had with Karl. I can work in the environment. I was under the impression that he would not be doing drills when I did drills. At one point we are going to meet again. It is a little uncomfortable and I know that everybody has the right until proven guilty. Everybody has equal rights. And I was very upset that I was not allowed to be notified that he was going to be on base with me. I verbalized this ▇▇▇ I verbalized this to ▇▇▇ and to ▇▇▇ It is my drill, just like his drill. I am needed there, not that his position is not as important as mine, we are all needed there. But it was very uncomfortable. He never approached me because he does have a restraining order. But I felt like every time I would look up he was staring at me. And this is something that you don't know, but my office is 10 to 15 minutes away from the Guard. I have had a person in a car stalking me ever since I've did this. I don't know where it is coming from. But it is scary. I have a neighbor who doesn't, has a pit bull so we don't get along too well. And I've gone up to her and I've said, keep your pit bull away or and I have called the K-9 society. She was the one who came up to me and told me do you realize that there is somebody in a pick-up truck, a white pick-up truck, looking at you with binoculars across. My hair went up. My secretary looked at me and she said, "Oh my God." I already put, I went to security and I already made out my forms, but this has not been the easiest thing to do. I do not think, and maybe I shouldn't be saying this, but I don't think, it will be hard to get everybody to work together after this is done. It is going to be hard. This is going deeper than just allegations. To be stalked.

**Col Werts:** The neighbor observed someone at your home.

▇▇▇ At my office.

**Col Werts:** At your office.

▇▇▇ At my office. It is not nice to be stalked. So I am going to be stalked...

13                                                                                      ▇▇▇ 4/18/02

3B

**Col Werts:** You said your secretary and you said your neighbor.

▇ Okay, my secretary was walking outside with me and the neighbor lives across the street from my office.

**Col Werts:** From your office.

▇ I have an office and it's a house and I converted it into an office. My home is separate from my office. And the lady across the street is the one who came over to me and we don't speak because of that pit bull. And I have a lot of elderly patients, and the last thing I need, and they don't run fast, that pit bull comes they are dead. And I told her to restrain him. So we are not best friends, but for her to come over and say, "I'm worried about you. They are looking at you." That is not nice.

**Col Werts:** Did you file with the authorities?

▇ Yes I did. Yes I did....

**Col Werts:** Do you think it may have a connection?

▇ I think it has a connection. No one has ever stalked me...nothing has ever happened to me. I go to my office late at night. I live 15 minutes away from my office. If I need quiet, if I'm studying for the Air War College, the best place to go is to my office and there is no cooking and no cleaning, there's nothing, no kids talking to you and you are set in there and can fall asleep reading that stuff, but you are sitting there. My office is my haven. So this is going to be very hard for everybody. If it means that, I just don't see how this is going to end.

**Col Werts:** I understand. Do you feel threatened now when you go to work?

▇ Do I feel threatened? I feel uncomfortable.

**Col Werts:** Uncomfortable...

▇ Very uncomfortable.

**Col Werts:** Do you think that well there is no contact now, so you are not concerned about Col Elders grabbing you or touching you?

▇ If he does, I'll call security. If he talks to me, I'll call security. If he needs a physical, there is another doctor who can give him a physical. I don't need to give him physicals. If there are concerns, there is another doctor who can take care of that too. Now if it means leaving my position for the C-130s, I would be very upset because I like what I'm doing and I do a darn good job and I do like what I'm doing.

**Col Werts:** As the ▇

▇ As the ▇

**Col Werts:** As the ▇ you would still be involved?

▇ As ▇ I would still be involved, yes.

**Col Werts:** With physicals, well you could help them out if they need help?

▇ That's correct ▇ which I applied to also, again. I do physicals. Sometimes there are just not enough ▇, there is just not enough ▇ to go around.

**Col Werts:** Okay. In the inquiry that was conducted by ▇ I am sure ▇ asked you the question, do you have anyone else who can provide further information concerning the matters we have discussed and/or who else do you think we should talk to and why? You provided ▇ w▇

14                                                                                                   4/18/02