## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. MJG-02-3892 |
| | * | |
| MARIA C. DIAZ | * | |
| | * | |
| Defendant. | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *

## DECLARATION OF DAVID GESSOUROUN

The undersigned hereby declares as follows:

1.  I am a person over eighteen (18) years of age and competent to testify. I make this declaration in support of the Plaintiff's Opposition to Defendant Maria C. Diaz's Motion for Summary Judgment.

2.  I am currently a Major in the Maryland Air National Guard, which I joined in 1989. I am a pilot for the 135th Airlift Squadron and the plaintiff, Ltc Karl Elders, was my squadron commander until he was removed from that position in March 2002. I have known him since I joined the Maryland Air National Guard. I also know the defendant, Ltc Maria Diaz, who is a flight surgeon.

3.  In September 2002, I received a call from Ltc Mike Vichich. Mike was a navigator with our unit before leaving to work on active duty at Scott Air Force Base in Illinois. I returned Mike's phone call and we discussed what had been going on in the unit. Our conversation came around to Ltc Elders situation. Ltc Vichich said that what happened to Karl was unfortunate but it was his own fault. He said Karl made a mistake by not playing the game right. He said that Karl had been offered the DCO position but instead of being satisfied with the normal progression in the unit he wanted to interview for Group Commander. He outlined how Karl had challenged the job vacancy

announcement, which ultimately resulted in a new announcement and interview process. He went on to say that Karl shouldn't have tried to jump two positions.

4.   We then got around to the charges of sexual harassment that were levied against Karl. Ltc Vichich told me that it was Ltc Diaz who brought forth the charges and the fact that she is a doctor must make the allegations accurate.

5.   Ltc Vichich seemed to know a great deal about the current status of affairs in our unit, which was unusual given that he was no longer part of the Maryland Air National Guard. Mike was always good friends with both Ltc Warren Thomas, who was the DCO for the 135th, and our Group Commander Col Chris Inglis. I would not be surprised to find out that his knowledge of the events came from conversations with either or both of these men.

6.   At our UTA February 2002, Ltc Diaz announced publicly to our squadron that she apologized for being too touchy-feely. She specifically stated that she requested Ltc Elders to watch over her more closely. Given this statement, I was quite surprised to hear that Ltc Diaz just weeks later claimed Ltc Elders had been sexually harassing her for some time.

7.   Personally, based on my opinion, I am not surprised to hear that an investigation found the allegations to be unsubstantiated. Ltc Elders, in my opinion, was the best squadron commander that the 135th Airlift Squadron had since my involvement with the unit. He possesses all of the attributes needed to be a commander.  He has exceptional skill in dealing with his subordinates, which includes compassion for each individual, a concern for the advancement of each member, fairness, trustworthiness and a high degree of integrity. Karl is a true visionary leader. He has earned my respect as a commander due to his work ethic, dedication, intelligence and honesty.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date: May 18, 2003

/s/

_____

David Gessouroun