Statement
of


1. During the summer of 2000, I flew on a C-130J local training flight from Warfield Air Base, Martin State Airport, Baltimore, Maryland. LtCol Karl Elders was instructing two other pilots on certain aspects of the J-model flight. In addition to the three pilots, there was only a loadmaster and myself on the flight. At a certain point during the flight, I was sitting on one of the fold-down nylon webbed seats in the cargo compartment of the aircraft. I was sitting near the forward bulkhead, close to the ladder leading to the flight deck. All other members of the crew were on the flight deck. LtCol Elders came down the ladder, and leaned over toward me. I did have a headset on, but it was not plugged-in to the intercom system. I assumed he was leaning down to tell me something. When I leaned forward, he kissed me on the lips. I was shocked, and immediately backed away and said "No." Because it is so loud in the cargo compartment, I do not know whether he heard me or not, but he stopped and returned to the flight deck. This attempt to kiss me occurred out of sight of the other crewmembers. I had hoped that was the end of any such attempt, and for the next year or so, it was.

2. During the summer of 2001, LtCol Elders initiated a conversation with me concerning all of his European travels he performs as a pilot for United Airlines. I told him how fortunate he was to lead such a wonderful life of travel. He then offered to get me a "buddy pass," so that I could fly to Amsterdam with him for free. He said we could have a wonderful time "window shopping" in Amsterdam. He did not state that his wife would go, nor did he indicate that I should take my ▓▓▓▓ or family. I ignored his offer, because it was clear to me that he wanted me to accompany him as more than a colleague. The conversation made me very uncomfortable.

3. About one month later, probably in August 2001, LtCol Elders called me into his office. He offered me a seat on a small red sofa that he had in his office. He sat in a chair directly across from me. He said that he understood that I wanted to put in for the State Air Surgeon's position. He further stated that he felt that I should be a "shoe-in" for the position because I was ▓▓▓▓ and of ▓▓▓▓ heritage ... I had "both" minority issues in my favor. LtCol Elders finished by telling me that he and I had to "stick together" because of our minority status, and that he would put in a good word for me when he got to his new position as 135 AG/CC. At that point, LtCol Elders stood and approached the sofa. I thought he was coming over to pick up some personal items that were on the sofa next to me. To my astonishment, he leaned over, put his right hand on my left shoulder and kissed me. He attempted to put his tongue into my mouth. I pulled away, and again told him "No." I quickly got up, and left his office.

4. Shortly after the events of September 11th, LtCol Elders telephoned me at home on a Monday, and wanted me to come to his office that evening at 1830 hrs. to discuss my OPR. I was extremely uncomfortable with going to the base on a Monday due to the fact that very few persons are on base on Mondays. I declined, and agreed to come in later

that week. Since then, I have been very careful not to be in a room alone with LtCol Elders. I always try to make sure others are present.

5. After the December Christmas party for fulltime 175 WG personnel, I had a number of discussions with some unit members, to include ▮▮▮▮▮▮▮▮▮▮. When I walked away from ▮▮▮▮▮, LtCol Elders approached me in the hallway of the Operations Building. He grabbed my wrist very hard, twisted my arm, and said, "What the hell did you say to ▮▮▮". I replied that they, meaning ▮▮▮▮▮ and LtCol Elders, should grow up.

6. During the December Christmas party for all 175 WG members, LtCol Elders approached me and somewhat angrily stated, "You picked the wrong team." I believed he was referring to my having discussions with fulltime 135 AG personnel, to include ▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮.



I do solemnly swear that the foregoing statement is true to the best of my knowledge, information and belief.

▮▮▮▮▮▮▮, MdANG
135 AS

2