that to ▮▮▮▮ and during the drill ▮▮▮▮ was going to make an announcement about the investigation. At the time, Colonel Elders had come to the drill and from what I understand he is still able to do drills and things. Instead of doing it in front of him, ▮▮ held off because ▮▮ didn't want to create a situation that may embarrass Colonel Elders in front of the guys, so ▮▮ held off ▮▮ was thinking ▮▮ could do it the next day, but Colonel Elders came the next day too, so the temporary folks, part-timers, to my knowledge haven't been informed.

**Col Werts:** That you are acting?

▮▮▮ Well they have in that regard, but …

**Col Werts:** But they don't know why?

▮▮▮ Well they know an investigation …

**Col Werts:** Okay.

▮▮▮ Yeah, they don't know the details.

**Col Werts:** All right.

▮▮▮ And when ▮▮ told us, ▮▮ didn't really tell us the details.

**Col Werts:** Okay, just that an investigation was

▮▮▮ Yes.

**Col Werts:** You indicated in your statement that some folks, I guess within the Squadron, some of the members of the unit are openly hostile, or I guess, when you use the words openly hostile, toward Lieutenant Colonel Elder's leadership style. You said, "There are members of the unit who have been openly hostile to Lieutenant Colonel Elders leadership tenure." You do not know that they have in any way influenced the reporting of the allegations?

▮▮▮ Yes, that is true.

**Col Werts:** And who are some of those members?

▮▮▮ know that there was a situation where Colonel Elders, because of - in my mind - because of his prior service, has a specific idea of what a Squadron Commander's authority is and wanted to exercise that authority and not have things micro-managed from above so to speak and you know, he actually pushed most of the decision making and as far as flying duties and stuff down to the DO and he wanted the DO to have that authority. Realizing that, you know as a Squadron DO, that the person who is in charge technician wise of the flying operation and the safety of the flying operation on a day-to-day basis is ▮▮▮▮▮▮▮ So in my mind, there is a conflict there and it is not the best system in the world. Having come off of active duty and knowing that on an Active Duty Squadron the Commander's are the one's who make the decisions and that is not the situation we are in. We had a couple of folks that were trying to wade in on specific people problems and they came to words about it a couple of times. You know, behind closed doors. I was not present when they took place, but I definitely head about the after-math and witnessed some other exchanges that took place. They were not friendly exchanges, but they took place nonetheless.

**Col Werts:** Okay, Colonel Elder's had the, well he has empowered you to do your job as a DO, but sometimes your decision can be second-guessed, by the DCO.

3

▮▮▮▮ /19/02

102

▮▮▮▮ eah, and I understand that because of the structure that we are under, you know, is it a military thing or if it happens on the weekend then that is a military thing, and if it happens during the week then is it a technician thing or a military thing. It is not really the best system in the world in my mind.

Col Werts: Right.

▮▮▮▮ nd it makes it difficult to, if Colonel Elders' is a strong leader and has very specific ideas about the way things should run and I respect that. You know, and I saw that on Active Duty so I know where the conflict is and he wanted decisions made at the lowest level and then conflicts and other things pushed down to the lowest level which I definitely appreciate, and I think for that some folks felt like they were being cut out of the decision making process, some of that angst was there and I think it is because that traditionally that has been the way it has been all along, is that those decisions were ratcheted up and even to specific people up-grading from co-pilot aircraft commander and all those decisions on Active Duty are made by the DO and maybe the Squadron Commander is brought in on it but I definitely, it is a problem.

Col Werts: Have you seen any conflict between he and ▮▮▮▮ d ▮ right.

▮▮▮▮ Yeah, yeah, there is definitely some conflict there. ▮▮ is the OSF Commander and yeah, there has definitely been some friction there between those two. It has come to words and before...and...

Col Werts: Anybody else?

▮▮▮▮ Yeah, ▮▮▮▮ would be another one. ▮▮▮▮ n fact, the time of the big blow up that I was telling you about was between those two. The perception, I think with Karl, was that he was getting into Squadron business where he shouldn't have been and and if you know ▮ ▮nd ▮ demeanor and styl ▮ wants to make the organization run well and if things aren't going as well as they could be...or

Col Werts ▮ a training man?

▮▮▮ eah, yea ▮ us a training man, just voicing ▮ pinion in those things and they came to some words.

Col Werts: Okay, anybody else?

▮▮▮▮ Not that I've seen publicly. Yeah, not that I've seen public at all.

Col Werts: I had one more thing but it escapes me. It escapes me... How long have you been in the Maryland Air National Guard?

▮▮▮▮ t went on Active Duty in 1983 and I got out of Active Duty in 1990 and I got on with the Guard, in May of 1990 when I got out of the Active Duty, and August of 1990 when I got on with the Guard. I was part-time until about 1995 when I got hired on full-time. I had a job with America-West Airlines out of Phoenix and I got furloughed in 1991. I was flying as a Corporate Pilot across the field. I got hired on full-time in 1995 when the position came open.

Col Werts: Do you see a, have you observed a division between lets say full-time leadership and traditional leadership to part-timers?

▮▮▮▮ Um, yeah I think I have. You know, when...specifically Karl Elders and you know the full-time folks because of the position I am in and I've tried to stay as neutral as I can, and I do as much mediating in that regard as

4

▮▮▮▮ /19/02