UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| Plaintiff, | * | |
| v. | * | Case No. MJG-02-3892 |
| MARIA C. DIAZ | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>DECLARATION OF GARY BERNARD</u>**

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this declaration in support of the Plaintiff's Opposition to Defendant Maria C. Diaz's Motion for Summary Judgment.

2. I recently left the Maryland Air National Guard with the rank of Captain. I served in the 135th Airlift Squadron for six and one half years as a pilot. The plaintiff, Lt. Colonel Karl Elders, was my squadron commander until he was removed from that position in March 2002. I have known him since I joined the Maryland Air National Guard. I also know the defendant, Lt. Colonel Maria Diaz, who is a flight surgeon.

3. On the evening of 27 December 01, following an incident involving an aircraft on which I was a crewmember, I was required to submit a blood and urine specimen. Lt. Colonel Diaz was the flight surgeon who handled taking my specimens. Shortly after all involved crewmembers had completed submitting their specimens and while Lt. Colonel Diaz was collecting her various medical supplies, I witnessed what I would characterize as a mutually jestful exchange between Lt. Colonel Elders and Lt. Colonel Diaz.

4. I was waiting for Major Dave Falter (another pilot in the squadron), Lt. Colonel Elders (Squadron Commander) and Lt. Colonel Diaz to finish what they were doing so that we could all proceed together to the maintenance facility for a maintenance debrief.

While standing approximately six feet outside and in full view of the small briefing room which had been used for blood specimen collection, I saw Lt. Colonel Elders enter the briefing room where Lt. Colonel Diaz was, walk around to the opposite side of the briefing table, and remove an examination glove from the table. He placed the glove on his hand and said, "Ok Doc, now it's your turn. How do you want it?". Lt. Colonel Diaz responded by leaning forward on the table, looked directly at Lt. Colonel Elders and jokingly said, something to the effect of, "I like it rectally." At the time I thought absolutely nothing of this interaction because all indications were that it was a fairly typical type of jovial banter we all exchanged among each other, particularly those of us who were longtime friends in the unit.

    5. A few moments later, Dave Falter and I walked to the maintenance building. I do not recall if anyone else walked over with us. When we arrived, the debrief was already in progress. We quietly proceeded to the back of the room and sat at one end of a fairly large table. As I recall, shortly after we sat down, Lt. Colonel Elders came in and sat along one wall adjacent to us. Lt. Colonel Diaz then came in after him and sat directly next to Lt. Colonel Elders. In my estimation the room would seat around 26 - 30 people. As I recall, there were 10 - 12 of us in there that evening which meant there were plenty of empty seats for Lt. Colonel Diaz to chose from had she wished to sit away from Lt. Colonel Elders.

    6. I am aware of the sexual harassment allegations that Lt. Colonel Diaz made against Lt. Colonel Elders and that each of the alleged incidents pre-dated the events I described above. I am also aware that Lt. Colonel James M. Mentges alleged Lt. Colonel Diaz confided in him as early as November 2001 that she was uncomfortable around Lt. Colonel Elders and actually feared what he would do. These statements are completely contradictory to the actions and statements I saw intentionally made by Lt. Colonel Diaz at a later date. There is absolutely no way to reconcile the differences. They cannot both

be true. Based on my personal knowledge of the individuals involved, I do not believe Lt. Colonel Elders sexually harassed Lt. Colonel Diaz.

 I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date: May 17, 2003

/s/
_____
Gary Bernard