UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. MJG-02-3892 |
| | * | |
| MARIA C. DIAZ | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## TABLE OF CONTENTS

**FACTUAL BACKGROUND** . . . . . . . . . . . . . . . 2

**PROCEDURAL BACKGROUND** . . . . . . . . . . . . . 4

**ARGUMENT** . . . . . . . . . . . . . . . . 5

I. THE LEGAL CLAIMS BROUGHT BY ELDERS AGAINST DIAZ IN HER INDIVIDUAL CAPACITY DO NOT INVOLVE MATTERS INCIDENT TO MILITARY SERVICE THAT JUSTIFY APPLICATION OF INTRAMILITARY IMMUNITY . . . . . . . . . . 8

  A. Intramilitary Immunity Does Not Preclude This Action As The Torts In Question Were Not Incidental To Military Service . . . . 8

   1. Elders' State Law Claims Are No Different From Those Similar Claims That Overcame A Defense Of Intramilitary Immunity And Were Permitted To Proceed By Several Circuit Courts Of Appeals And District Courts . . . . . . . . . . 18

II. ELDERS' CLAIMS ARE COGNIZABLE BECAUSE DIAZ ACTED OUTSIDE OF HER SCOPE OF EMPLOYMENT THEREBY RENDERING HER, AND NOT THE UNITED STATES, AS THE PROPER DEFENDANT SUBJECT TO LIABILITY . . . . . . . . . . . . . . 25

  A. The United States Attorney's Certification Is Inadequate To Justify Substitution . . . . . . . . . . . . . 27

   B. Diaz Has Not, And Cannot, Demonstrate She Was Acting In The Scope Of Her Employment When She Spread Her Defamatory Statements . . 29

      1. Diaz Never Filed An Informal Complaint Regarding Her Allegations Of Sexual Harassment . . . . . . . . . . . . . 33

   C. If This Court Determines A Factual Dispute Still Remains Regarding Scope Of Employment, Discovery And An Evidentiary Hearing Is Necessary . . . . . . . . . . . 34

III.   THERE IS NO ABSOLUTE OR CONDITIONAL PRIVILEGE THAT APPLIES TO SHIELD DIAZ FROM LIABILITY FOR ALL HER DEFAMATORY STATEMENTS . . . . . . . . . . 37

   A. Because Diaz Was Fully Aware Of The Available Procedures To File Sexual Harassment Complaints And Intentionally Failed To Utilize Them, She Is Not Entitled To Any Protective Privileges . . . . . . 43

   B. Diaz's Malice Against Elders, The Evidence Of Which Is Overwhelming, Defeats Assertion Of Her Conditional Privilege . . . . . . . . 46

**CONCLUSION** . . . . . . . . . . . . . . 50