# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS                        *
                                      *
    Plaintiff,                   *
                                      *
    v.                           *        Case No. MJG-02-3892
                                      *
MARIA C. DIAZ                         *
                                      *
    Defendant.                   *
                                      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## TABLE OF POINTS AND AUTHORITIES

## Federal Cases

Aliota v. Graham, 984 F.2d 1350 (3d Cir. 1993), cert. denied, 126 L.Ed.2d 37 (1993) .    35

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986)   .   .   .   .   .   .   .   .    6

Barr v. Matteo, 360 U.S. 564 (1959)   .   .   .   .   .   .   .   .   .   .    39,40

Barrett v. Applied Radiant Energy Corp., 240 F.3d 262 (4th Cir. 2001) .   .   .   .    44,45

Becker v. Pena, 107 F.3d 877 (9th Cir. 1997)   .   .   .   .   .   .   .    17

Berndtson v. Lewis, 465 F.2d 706 (4th Cir. 1972)   .   .   .   .   .   .   .    12

Bivens v. Six Unknown Named Agents of the Federal Bureau of Investigation,
    403 U.S. 388 (1971)   .   .   .   .   .   .   .   .   .   .   .   .    9,11,12,19

Blakey v. U.S.S. Iowa, 991 F.2d 148 (4th Cir. 1993).   .   .   .   .   .   .    18

Blue Ridge Bank v. Veribanc, Inc., 866 F .2d 681 (4th Cir.1989)   .   .   .   .   .    36

Borneman v. United States, 213 F.3d 819 (4th Cir. 2000)   .   .   .   .   .   .    35

Bradley v. United States, 161 F.3d 777 (4th Cir. 1998).   .   .   .   .   .   .    8

Brannum v. Lake, 311 F.3d 1127 (D.C.Cir. 2002)   .   .   .   .   .   .   .    9

Brown v. Armstrong, 949 F.2d 1007 (8th Cir. 1991) .   .   .   .   .   .   .   .    35

Brown v. United States, 739 F.2d 362 (8th Cir. 1984), cert. denied, 473 U.S. 904 (1985)    24

Burlington Industries, Inc. v. Ellert, 524 U.S. 742 (1998)    .    .    .    .    .    .    44

Celotex Corp. v. Catrett, 477 U.S. 317 (1986)    .    .    .    .    .    .    .    6

Chappell v. Wallace, 462 U.S. 296 (1983)    .    .    .    .    .    .    .    .    passim

Corey v. United States, 124 F.3d 216 (10th Cir. 1997)    .    .    .    .    .    17

Crawford v. Texas Army Nat'l Guard, 794 F.2d 1034 (5th Cir. 1986)    .    .    .    11

Cross v. Fiscus, 830 F.2d 755 (7th Cir. 1987)    .    .    .    .    .    19,20,43

Day v. Massachusetts Air National Guard, 167 F.3d 678 (1st Cir. 1999)    .    .    .    22,23

Deckinger v. Castro-Reyes, 689 F.Supp. 531 (D.Md. 1988) .    .    .    .    .    10

Durant v. Tassin, 884 F.2d 1350 (10th Cir. 1989), cert. denied, 110 S.Ct. 728 (1990)    .    23,24

Faragher v. City of Boca Raton, 524 U.S. 775 (1998)    .    .    .    .    .    .    44

Feres v. United States, 340 U.S. 135 (1950)    .    .    .    .    .    .    .    .    passim

First Nat'l Bank of Arizona v. Cities Service Co., Inc., 391 U.S. 253 (1968)    .    .    .    6

GE Inv. Private Placement Partners II v. Parker, 247 F.3d 543 (4th Cir. 2001)    .    .    .    16

Guerra v. Scruggs, 942 F.2d 270 (4th Cir. 1991) .    .    .    .    .    .    12

Gutierrez de Martinez v. Lamagno, 515 U.S. 417 (1995)    .    .    .    .    .    27

Hass v. United States, 518 F.2d 1138 (4th Cir. 1975)    .    .    .    .    .    .    10

Hickey v. St. Martin's Press, Inc., 978 F. Supp. 230 (D.Md. 1997)    .    .    .    .    36

Holdiness v. Stroud, 808 F.2d 417 (5th Cir. 1987)    .    .    .    .    .    .    2

Hylton v. Norrell Health Care of New York, 53 F. Supp.2d 613 (S.D.N.Y. 1999)    .    .    45

Jamison v. Wiley, 14 F.3d 222 (4th Cir. 1994)    .    .    .    .    .    .    .    29

Johnson v. United States, 704 F.2d 1431 (9th Cir. 1983).    .    .    .    .    .    15

Jones v. USA Petroleum Corp., 20 F. Supp.2d 1379 (S.D. Ga. 1998) . . . . . 45

Kendrick v. United States, 877 F.2d 1201 (4th Cir. 1989) . . . . . 10,18

Kenneally v. Bayer, 760 F.Supp. 503 (D.Md. 1990) . . . . . . . 10,23,24

Lissau v. Southern Food Service, Inc., 159 F.3d 177 (4th Cir.1998) . . . . . 44,45

Lutz v. Secretary of Air Force, 944 F.2d 1477 (9th Cir. 1991) . . . . . . 20,21

Lyons v. Brown, 158 F.3d 605 (1st Cir. 1998) . . . . . . 28

Madray v. Publix Super Mkts., Inc., 30 F. Supp.2d 1371 (S.D. Fla. 1998), aff'd
    208 F.3d 1290 (11th Cir. 2000) . . . . . . . . . . 45

Mangold v. Analytic Services, Inc., 77 F.3d 1442 (4th Cir. 1996) . . . . . 39,40

Maron v. United States, 126 F.3d 317 (4th Cir. 1997) . . . . . . 27,28

Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574 (1986) . . . . 6

McGowan v. Scoggins, 890 F.2d 128 (9th Cir. 1989) . . . . . . 21

McHugh v. University of Vermont, 966 F.2d 67 (2d Cir. 1992) . . . . . . 28,35

McManus v. McCarthy et al., 586 F.Supp. 302 (S.D.N.Y. 1984) . . . . . 43

Mindes v. Seaman, 453 F.2d 197 (5th Cir. 1971), aff'd on appeal after remand,
    501 F.2d 175 (5th Cir. 1974) . . . . . . . . 12,13

Minns v. United States, 155 F.3d 445 (4th Cir. 1998), cert. denied,
    525 U.S. 1106 (1999) . . . . . . . . . . 10,13

Nasuti v. Scannell, 906 F.2d 802 (1st Cir. 1990) . . . . . . . 35

Pulliam Investment Co. v. Cameo Properties, 810 F.2d 1282 (4th Cir. 1987) . . . 6

Persons v. United States, 925 F.2d 292 (9th Cir. 1991) . . . . . . 9

Ross v. Bryan, 309 F.3d 830 (4th Cir. 2002) . . . . . . . 14,15,35

Schrob v. Catterson, 967 F. 929 (3d Cir. 1992) . . . . . . . 35

Scott v. Rice, 7 F.3d 226 (4th Cir. 1993), 1993 WL 375664 . . . . . 10,13,18,19

<u>Shaw v. AutoZone, Inc.</u>, 180 F.3d 806 (7th Cir. 1999)  .    .    .    .    .    .    .    #

<u>Shiver v. United States</u>, 34 F.Supp.2d 321 (D.Md 1999) .    .    .    .    .    .    24

<u>Singleton v. United States of America</u>, 277 F.3d 864 (6th Cir. 2002)   .    .    .    .    19

<u>Smith v. United States</u>, 196 F.3d 774 (7th Cir.1999) .    .    .    .    .    .    .    17

<u>Stauber v. Cline</u>, 837 F.2d 395 (9th Cir. 1988)   .    .    .    .    .    .    .    8

<u>Stokes v. Cross</u>, ___ F.3d ____, 2003 WL 21005282 (D.C.Cir. May 6, 2003)   .    .    .    35

<u>Swierkiewcz v. Sorema, N.A.</u>, 534 U.S. 506 (2002)   .    .    .    .    .    .    .    7

<u>Trerice v. Summons</u>, 755 F.2d 1081 (4th Cir. 1985) .    .    .    .    .    .    .    14

<u>United States v. Johnson</u>, 481 U.S. 681 (1987)   .    .    .    .    .    .    .    8,9,22

<u>United States v. Shearer</u>, 473 U.S. 52, 59 (1985) .    .    .    .    .    .    .    9,10,13,22

<u>United States v. Stanley</u>, 483 U.S. 669 (1987)   .    .    .    .    .    .    .    *passim*

<u>Valdiviez v. United States</u>, 884 F.2d 196 (5th Cir. 1989)   .    .    .    .    .    .    25,26

<u>Wells v. Liddy</u>, 186 F.3d 505 (4th Cir.1999), <u>cert. denied</u>, 120 S.Ct. 939 (2000)   .    .    38

<u>Westfall v. Erwin</u>, 484 U.S. 292 (1988)   .    .    .    .    .    .    .    .    39,40

<u>Williams v. Wilson</u>, 762 F.2d 357 (4th Cir. 1985)   .    .    .    .    .    .    .    11

<u>Wisconsin Pub. Intervenor v. Mortier</u>, 501 U.S. 597 (1991) .    .    .    .    .    .    23

<u>Wood v. United States</u>, 995 F.2d 1122 (1st Cir. 1993)   .    .    .    .    .    .    28

<u>Woodside v. United States</u>, 606 F.2d 134 (6th Cir. 1979), <u>cert. denied</u>,
     45 U.S. 904 (1980)                .    .    .    .    .    .    .    .    .    10

<u>Wuchenich v. Shenandoah Memorial Hospital</u>, 215 F.3d 1324,  2000 WL 665633
     (4th Cir. 2000)                .    .    .    .    .    .    .    .    .    7

## State Cases

DiBlasio v. Kolodner, 233 Md. 512, 197 A.2d 245 (1964)   .   .   .   .   .   .   39

Estate of Burris v. State, 360 Md. 721, 759 A.2d 802 (Md. 2000)   .   .   .   .   .   2,23

Fresh v. Cutter, 73 Md. 87, 20 A. 774 (1890)   .   .   .   .   .   .   43

General Motors Corp. v. Piskor, 277 Md. 165, 352 A.2d 810 (1976)   .   .   .   .   42

Gohari v. Darvish, 363 Md. 42, 767 A.2d 321 (Md. 2001)   .   .   .   .   .   11,39,40,41,42

Hanrahan v. Kelly, 269 Md. 21, 305 A.2d 151 (Md.App. 1973) .   .   .   .   .   41,42

Happy 40, Inc. v. Miller, 63 Md.App. 24, 491 A.2d 1210 (1985)   .   .   .   .   42

Hopkins Chem. Co. v. Read Drug & Chem. Co., 124 Md. 210, 92 A. 478 (Md. 1914) .   29

Marchesi v. Franchino, 283 Md. 131, 387 A.2d 1129 (Md.App. 1978)   .   .   .   .   42

Miner v. Novotny, 304 Md. 164, 498 A.2d 269 (Md.App. 1985)   .   .   .   .   38

Orrison v. Vance, 262 Md. 285, 277 A.2d 573 (1971)   .   .   .   .   .   42

Sawyer v. Humphries, 322 Md. 247, 587 A.2d 467 (Md. 1991) .   .   .   .   .   29

Simon v. Robinson, 221 Md. 200 (1959) .   .   .   .   .   .   .   .   40

Woodruff v. Trepel, 125 Md.App. 381, 725 A.2d 612 (Md.Spec.App.1999)   .   .   .   40

## Statutes and Regulations

Fed.R.Civ.P. 8                    .   .   .   .   .   .   .   .   .   .   .   7

Fed.R.Civ.P. 15(a)                .   .   .   .   .   .   .   .   .   .   .   7

Fed.R.Civ.P. 56(c)                .   .   .   .   .   .   .   .   .   .   .   6

Fed.R.Civ.P. 56(e)                .   .   .   .   .   .   .   .   .   .   .   6

28 C.F.R. § 15.3                  .   .   .   .   .   .   .   .   .   .   .   27

28 U.S.C. § 2679                  .   .   .   .   .   .   .   .   .   .   .   4

28 U.S.C. § 2679(d)               .   .   .   .   .   .   .   .   .   .   .   27

28 U.S.C. § 2679 (d)(1) . . . . . . . . . . 26

28 U.S.C. § 2679 (d)(2) . . . . . . . . . . 26

28 U.S.C. § 2680(h) . . . . . . . . . . 26

28 U.S.C. § 2680(j) . . . . . . . . . . 8

42 U.S.C. § 1983 . . . . . . . . . . 11

42 U.S.C. § 2000e-3(a) . . . . . . . . . . 45

Freedom of Information/Privacy Acts . . . . . . . . . . 37

Privacy Act of 1974, 5 U.S.C. § 552 . . . . . . . . . . 37

Title VI of the Civil Rights Act of 1964 . . . . . . . . . . 31

Air Force Instruction 36-2706 . . . . . . . . . . 31

Army Regulation 600-20 . . . . . . . . . . 31

DoD Directives 1350.2 . . . . . . . . . . 31

DoD Directives 5500.11 . . . . . . . . . . 31

DoD Instruction 1350.3 . . . . . . . . . . 31

National Guard Regulation (NGR) 600-22/ANGI 36-3 . . . . . . . . . . *passim*

U.S. Navy Regulations Art. 1139 (1973) . . . . . . . . . . 20

## Miscellaneous

Dan B. Dobbs, THE LAW OF TORTS (2000) . . . . . . . . . . 41

L. Jayson, Handling Federal Tort Claims (1990) . . . . . . . . . . 26

Restatement (Second) of Torts § 595 . . . . . . . . . . 41,42

U.S. Const. art. 1, 8, cl. 15,16.    .    .    .    .    .    .    .    .    .    .    .    .    2

WRIGHT & MILLER, FEDERAL PRACTICE & PROCEDURE 2d  § 1245 (1990)    7