## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KARL L. ELDERS          * | |
|       *     | |
|   Plaintiff,       * | |
|       *     | Civil Action No. MJG 02-3892 |
| v.                      * | |
|       *     | |
| MARIA C. DIAZ           * | |
|       *     | |
|   Defendant.       * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Plaintiff's Opposition to Defendant Maria C. Diaz's Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____ 2003, hereby,

ORDERED, that defendant's Motion is denied; and

FURTHER ORDERED, that the parties are permitted to begin discovery in accordance with the applicable Local Rules and Federal Rules of Civil Procedure; and

FURTHER ORDERED, that the discovery period will close 120 days from the date of this Order; and

FURTHER ORDERED, that the parties shall submit a proposed briefing schedule to the Court within 10 days following the close of discovery.

_____

Marvin J. Garbus
United States District Judge