UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KARL L. ELDERS * | |
| * | |
| Plaintiff, * | |
| * | Civil Action No. MJG 02-3892 |
| v. * | |
| * | |
| MARIA C. DIAZ * | |
| * | |
| Defendant. * | |

* * * * * * * * * * * *

### NOTICE OF FILING OF BULKY EXHIBIT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT MARIA C. DIAZ'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the plaintiff Karl L. Elders, by and through his undersigned attorney, to file with the Court the enclosed cassette tape containing the voicemail recording of the defendant Maria C. Diaz from February 7, 2002. This tape is being submitted in support of the plaintiff's Opposition to Defendant Maria C. Diaz's Motion for Summary Judgment (filed May 19, 2003).

Date:   May 19, 2003

/s/
_____
Mark S. Zaid, Esq. (Fed Bar #023887)
Krieger & Zaid, PLLC
1133 21st Street, N.W.
Suite 800
Washington, D.C.  20036
(202) 223-9050

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of May 2003, a copy of the foregoing Notice of Filing of Bulky Exhibit in Support of Plaintiff's Opposition to Defendant Maria C. Diaz's Motion for Summary Judgment was mailed first class, postage pre-paid, to:

> Tarra DeShields
> Assistant U.S. Attorney
> 6625 United States Courthouse
> 101 West Lombard Street
> Baltimore, Maryland  21201-2692
> Attorney For Defendants
> (410) 962-9947 fax
> (410) 962-2310 fax

/s/
_____
Mark S. Zaid, Esq.