**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **KARL L. ELDERS,** | * |
| Plaintiff | * |
| v. | *   CIVIL ACTION NO. MJG-02-3892 |
| **MARIA C. DIAZ,** | * |
| Defendant | * |

\* \* \* \*   \*\*\*   \* \* \* \*

## ORDER

The foregoing Motion for Enlargement of Time having been read and considered by the United States District Court for the District of Maryland, it is this _____ day of May, 2003,

ORDERED, pursuant to Fed.R.Civ.P.6(b) and 15, that the time for filing a Reply to the Defendant's Motion Opposing Summary Judgment in the above-captioned case be and is hereby extended to and including June 13, 2003.

It is further ORDERED that the Clerk of the Court send copies of this signed ORDER to all counsel of record in the case.

_____
Marvin J. Garbis
United States District Judge