```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,               *
                              *
          Plaintiff           *
                              *
     v.                       *   CIVIL ACTION NO. MJG-02-3892
                              *
MARIA C. DIAZ,                *
                              *
          Defendant           *

          *    *    *    *    ***    *    *    *    *
```

### MOTION FOR ENLARGEMENT OF TIME

The Defendant, Maria C. Diaz, by her attorneys, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and undersigned counsel, moves, pursuant to Fed.R.Civ.P.6(b) and 15, to enlarge the time for filing its response in connection with the above-captioned case for the following reasons:

1.   The Plaintiff, Karl Elders, first filed the instant defamation action in the Circuit Court for Baltimore County on October 25, 2002.  The case was subsequently removed to this Court on November 29, 2002.  *See* Docket entries in *Elders v. Diaz*, Civ. No. MJG-02-3892.

2.   Thereafter, the Defendant filed a motion seeking dismissal of the case.  *Id.*  On February 12, 2003, the Court, seeking clarification of the precise nature of the allegations made by the Plaintiff, directed the Plaintiff to file an Amended Complaint by March 3, 2003.  *Id.*

3.   On April 14, 2003, after the filing of the Amended

Complaint, the Defendant filed in this Court a motion seeking summary judgment.  The Plaintiff, having twice sought and been granted an extension of time to prepare a response to the Defendant's summary judgment motion, filed his motion opposing summary judgment on May 19, 2003.  The Defendant's Reply to Plaintiff's motion opposing summary judgment is thus due by June 2, 2003.  Fed.R.Civ.P.15(a).

4. Undersigned counsel is presently in the midst of trial preparations in *Toren v. United States*, Civ. No. DKC-02-1713, which trial is scheduled to commence on June 3, 2003.  Due to the aforementioned litigation, undersigned counsel is compelled to request an extension of time until June 13, 2003 to complete preparation of its Reply to Plaintiff's motion opposing summary judgment in a substance and form suitable for submission to the Court.

5. Counsel for the Plaintiff, when requesting the two extensions needed to prepare his motion opposing summary judgment, indicated that he had no objection to undersigned counsel's need for additional time to file its Reply.

6. This motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Honorable Court grant leave for the Defendant to file its Reply to the Plaintiff's motion opposing summary judgment in the instant case on

or before June 13, 2003.

                                Respectfully submitted,

                                THOMAS M. DIBIAGIO
                                United States Attorney

                                    /s/
                                TARRA DeSHIELDS
                                Assistant United States Attorney
                                General Bar No. 07749

                                Office of the United States Attorney
                                6625 United States Courthouse
                                101 West Lombard Street
                                Baltimore, Maryland  21202
                                (410) 209-4800

                                Counsel for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 21st day of May, 2003, one copy of the foregoing Motion for Enlargement of Time, which Motion was filed electronically with the Court this same date, was also mailed, postage prepaid, to Mark S. Zaid, Krieger & Zaid, PLLC, 1133 21st Street, N.W., Suite 800, Washington, D.C. 20036.

                                    /s/
                                TARRA DeSHIELDS
                                Assistant United States Attorney