```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                  *
                                 *
         Plaintiff               *
                                 *
    v.                           *   CIVIL ACTION NO. MJG-02-3892
                                 *
MARIA C. DIAZ,                   *
                                 *
         Defendant               *

         *    *    *    *    ***    *    *    *    *
```

### DEFENDANT MARIA C. DIAZ'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In accordance with subsections (b) and (c) of Rule 56 of the Federal Rules of Civil Procedure and Local Rule 105.1, the Defendant, Lieutenant Colonel Maria C. Diaz, by her attorneys, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and undersigned counsel, hereby files its Reply to Plaintiff Karl Elders's Opposition to Defendant's Motion for Summary Judgment and renews its request that the Court issue an Order granting the Defendant's motion for summary judgment. The bases supportive of the motion are set forth in the attached memorandum.

WHEREFORE, the Defendant respectfully requests that this Court

grant the Defendant's motion for summary judgment in the above-captioned case.

Respectfully submitted,

THOMAS M. DIBIAGIO
United States Attorney

By: /s/
TARRA DeSHIELDS
Assistant United States Attorney
General Bar No. 07749

Office of the United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland  21201
(410) 209-4800

Counsel for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2003, a copy of the foregoing Reply of Defendant To Plaintiff's Opposition to Defendant's Motion for Summary Judgment was electronically mailed this date and mailed, first class, postage prepaid, to Mark S. Zaid, Krieger & Zaid, PLLC, 1133 21st Street, N.W., Suite 800, Washington, D.C. 20036.

/s/
TARRA DeSHIELDS
Assistant United States Attorney

*td\sjmot.wpd*

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

**KARL L. ELDERS,**          *
                             *
      **Plaintiff**          *
                             *
  v.                     *   CIVIL ACTION NO. MJG-02-3892
                             *
**MARIA C. DIAZ,**           *
                             *
      **Defendant**          *

      *   *   *   *   ***   *   *   *   *

### ORDER OF JUDGMENT

Having read and considered the Defendant's Motion for Summary Judgment on the claim of defamation, and all other pleadings submitted pertinent thereto, it is this ____ day of _____, 2003, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

    1.  The Defendant's Motion for Summary Judgment shall be, and hereby is, **GRANTED** on the above-mentioned claim;

    2.  Judgment is entered in favor of the Defendant and against the Plaintiff on the above-referenced claim; and

    3.  The Clerk of the Court shall remit copies of this ORDER to all parties and their respective counsel of record.

 

                                        Marvin J. Garbis
                                        United States District Judge