11/01/02 FRI 09:52 FAX ☒001
Search - 6 Results - maryland /s national guard Page 1 of 2
Case 1:02-cv-03892-MJG   Document 38-3   Filed 06/13/2003   Page 1 of 2

Source: News & Business > / . . . / > News Group File, Most Recent 90 Days ⓘ
Terms: maryland /s national guard

☐ Select for FOCUS™ or Delivery
☐

The Daily Record (Baltimore, MD.) October 30, 2002, Wednesday

Copyright 2002 The Daily Record Co.
The Daily Record (Baltimore, MD.)

October 30, 2002, Wednesday

**SECTION:** Pg. 1Btop.inf

**LENGTH:** 552 words

**BYLINE:** By Earl Kelly; Daily Record Legal Affairs Writer

**BODY:**
A **Maryland** Air **National Guard** squadron commander who claims that false allegations of sexual misconduct ruined his 27-year military career has filed a $ 2.5 million defamation suit against his accuser and is demanding a public retraction and apology.   Lt. Col. Karl L. Elders filed the Baltimore County Circuit Court case against flight surgeon Lt. Col. Maria C. Diaz, whose accusations of sexual harassment allegedly led to Elders being relieved on March 15 as commander of the 135th Tactical Airlift Squadron.   An attorney for Elders said yesterday that even though Elders was cleared subsequently of all wrongdoing, the investigation effectively ended his military career.   "When the finding came down by the inspector general of the Guard that the claims were unsubstantiated, he was told he was not going to be sent back to his command because of the feelings that had transpired and the bad blood," said attorney Mark Zaid. "They made up a position for him in Homeland Security. His career is over within the military."   Elders appears to be the **Maryland** Air **National Guard's** highest ranking black officer, said Zaid, who attributed much of the hostile climate faced by Elders to racism.   According to pleadings, the Sandy Spring resident has served 15 years in the Air Force and 12 years in the National Guard -- and Diaz's accusations created a climate that continues to plague him.   "Rumors have swelled to such a degree that it is now being said that Elders raped Diaz, a statement that is not only not true but was never even alleged by Diaz," the complaint says.   Elders, a full-time pilot and first officer with United Airlines, also was relieved of his military "flying status" and "restricted from full participation" in the Air National Guard, according to the complaint.   Diaz did not return multiple calls to her home and office.

On tape

Zaid said there never was a romantic link between Elders and Diaz, but Diaz described herself as a "touchy-feely" person and left messages on Elders' voice mail asking him to take care of her.   "We have copies" of the messages, Zaid said. "She has no credibility."
According to the complaint, Diaz began making accusations against Elders in the fall of 2001 and continues to make defamatory comments about him.   In August 2000, the National Guard posted on its Web site a news release announcing Elders' appointment as head of the 135th Airlift Squadron, which consisted of 125 personnel and more than $ 500 million worth of equipment, including C-130J Hercules transports.   Zaid said a chief concern in the litigation is whether the National Guard will defend Diaz by claiming she acted in her official capacity when she accused Elders of sexual harassment.   "We haven't tied anything in the suit to the Air National Guard," Zaid said. "That's an issue that's going to come up, whether the **Maryland** Air **National Guard** is going to stand in Lt. Col. Diaz's shoes. If so, the case is done because they as part of the federal government have immunity from defamation.   Air

EXHIBIT 1
CIVIL NO. MJG-02-3892

National Guard Assistant Adjutant General Maj. Gen. Bruce F. Tuxill denied any involvement in the investigation and referred a reporter to the Guard's attorneys, who did not respond by press time.

**LOAD-DATE:** October 30, 2002

Source: News & Business > / . . . / > News Group File, Most Recent 90 Days ⓘ
Terms: **maryland /s national guard**
View: **Full**
Date/Time: Thursday, October 31, 2002 - 6:37 AM EST

About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.