# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS                              *
                                            *
    Plaintiff,                             *
                                            *
    v.                                     *      Case No. MJG-02-3892
                                            *
MARIA C. DIAZ                               *
                                            *
    Defendant.                             *
                                            *
*      *      *      *      *      *      *      *      *      *      *      *

## PRAECIPE

    To the Clerk of Court, please note the following new address and contact information for

plaintiff's counsel.

Date:   June 18, 2003

                         Respectfully submitted,


                         /s/
                         _____
                         Mark S. Zaid, Esq.
                         Federal Bar #023887
                         Krieger & Zaid, PLLC
                         1747 Pennsylvania Avenue, N.W.
                         Suite 300
                         Washington, D.C.  20006
                         (202) 454-2899
                         (202) 454-2805 fax
                         ZaidMS@aol.com

                         ATTORNEY FOR PLAINTIFF