UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KARL L. ELDERS | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *  Civil Action No. MJG-02-3892 |
| | * |
| MARIA C. DIAZ | * |
| | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR EXTENSION
OF TIME IN WHICH TO COMPLY WITH THE
<u>COURT'S ORDER DATED NOVEMBER 4, 2003</u>**

NOW COMES the plaintiff, by and through his undersigned counsel, to respectfully move the Court for an extension of time to on or before Friday, December 5, 2003, in which to submit his Statement of Requested Depositions relating to the question of whether the defendant made any allegedly defaming statements outside the scope of her employment and/or any privilege. This submission is presently scheduled to be filed on or before November 21, 2003. Additionally, if granted, the plaintiff suggests that the telephone conference call with the Court and Defense counsel would likewise be extended one week so as to be held by December 12, 2003.

The Court issued its decision on November 4, 2003. Plaintiff's counsel will be in St. Louis for depositions in <u>Croddy et al. v. FBI et al.</u>, Civil Action No. 00-0651 (D.D.C.)(EGS) on November 6-7, 2003, in Scranton, Pennsylvania for a long-ago scheduled speech at a conference on International Criminal Law on November 10-11, 2003, participating in a security clearance denial proceeding with the CIA, as well as a scheduled debt collection act administrative hearing (also with the CIA), on November 12, 2003, at an eye doctor's appointment on November 13, 2003, and on November 14, 2003, counsel has a security clearance hearing at the National Security Agency and then departs for London, England the same day, where he will remain until November 24, 2003. Counsel then has a security clearance hearing before the Defense

Office of Hearings and Appeals on November 26, 2003, and Thanksgiving is November 27, 2003. Obviously, each of the above referenced administrative hearings requires time to prepare, both for counsel and his respective clients. Furthermore, plaintiff's counsel represents 24 estates in the Pan Am 103-Lockerbie case, which is requiring significant time to finalize all the settlements. Finally, the plaintiff is a commercial airline pilot and spends several days at a time outside of the country, which minimizes his ability to communicate with counsel.

    Plaintiff's counsel attempted to discuss this request by telephone and e-mail with defendant's counsel but she was unavailable. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  November 6, 2003

                                          Respectfully submitted,

                                              /s/

                                        _____
                                        Mark S. Zaid, Esq.
                                        D.C. Bar #440532
                                        Krieger & Zaid, PLLC
                                        1747 Pennsylvania Avenue, N.W., Suite 300
                                        Washington, D.C.  20006
                                        (202) 454-2809

                                        Counsel for Plaintiffs