UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG-02-3892 |
| MARIA C. DIAZ | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff's Consented-To Motion for an Extension of Time in Which to Comply with the Court's Order Dated November 4, 2003, and the entire record herein, it is this _____ day of November 2003, hereby

ORDERED, that plaintiff's Motion is granted; and further

ORDERED, that plaintiff's Statement of Requested Depositions relating to the question of whether the defendant made any allegedly defaming statements outside the scope of her employment and/or any privilege is due on or before Friday, December 5, 2003; and further

ORDERED, that the telephone conference call with the Court and parties' counsel will be held by December 12, 2003.

_____
UNITED STATED DISTRICT JUDGE