```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS                    *

        Plaintiff                 *

        vs.                       *CIVIL ACTION NO. MJG-02-3892

MARCIA C. DIAZ                    *

        Defendants                *

*       *       *       *       *       *       *       *       *
```

## ORDER

In accordance with the telephone conference with counsel held in this matter on this date:

1. Plaintiff may take a limited deposition of Defendant Marcia Diaz.

    a. The deposition shall be taken at a mutually convenient place and by January 16, 2004.

    b. The deposition scope is limited to Plaintiff's contention that Diaz made actionable statements outside the scope of her Government employment and/or outside the protection of any intramilitary immunity afforded by <u>Feres v. United States</u>, 340 U.S. 135 (1950).

    c. The deposition shall be concluded within seven hours.

    d. The Court understands that Government counsel will assert objections (subject to Court ruling) so as to limit the scope of the questioning to the identification of persons to whom Diaz made arguably relevant statements, the context of such statements

        and the general subject matter of such statements.[1]

    e. Government counsel shall have available for them the unredacted investigation report and interview statements that will enable them to insure that Diaz does not inadvertently fail to disclose a person to whom she made statements as reflected in the documents.

2. The parties shall provide the Court with a deposition transcript when available together with brief memoranda stating their respective positions (with pertinent case citations) as to whether the deposition record establishes Defendant's entitlement to dismissal.

SO ORDERED, on <u>Friday, 12 December, 2003</u>.

                                          / s /
                                Marvin J. Garbis
                    United States District Judge

---

[1] E.g. to ascertain that there was a statement that included a reference to Elders and any alleged actions that could relate to sexual harassment but not to the specific content of the statement.