```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

KARL L. ELDERS                          *

      Plaintiff                *

        vs.                   * CIVIL ACTION NO. MJG-02-3892

MARIA DIAZ                              *

      Defendant                *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## SCHEDULING ORDER

In accordance with the agreement of counsel:

1. An evidentiary hearing shall be held regarding the "scope of employment" issues.

2. By April 29, 2005, the parties shall exchange witness and exhibit lists and provide copies of any exhibits not previously provided to the other side.

3. The hearing shall commence on Wednesday, May 4, 2005 and is estimated to require one and one half days of trial time.

4. The parties shall be provided the opportunity to submit post-hearing briefs.

SO ORDERED, on <u>Tuesday, March 15, 2005</u>.

                                                      _____/ s /_____
                                                    Marvin J. Garbis
                                      United States District Judge