```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                  *
                                 *
          Plaintiff              *
                                 *
     v.                          *   CIVIL ACTION NO. MJG-02-3892
                                 *
MARIA C. DIAZ,                   *
                                 *
          Defendant              *

     *    *    *    *    ***    *    *    *    *
```

## DEFENDANT MARIA C. DIAZ'S MOTION
## FOR SUMMARY JUDGMENT AND THE UNITED STATES'S MOTION TO QUASH

In accordance with Rule 45 and subsections (b) and (c) of Rule 56 of the Federal Rules of Civil Procedure and Local Rule 105.1, the Defendant, Lieutenant Colonel Maria C. Diaz, by her attorneys, Allen F. Loucks, United States Attorney for the District of Maryland, and undersigned counsel, hereby moves the Court to issue an Order granting the Defendant's motion for summary judgment. The United states also moves the Court to issue an Order quashing Plaintiff's subpoenas for witnesses and documents. The bases supportive of the motion are set forth in the attached memorandum.

WHEREFORE, the Defendant Maria C. Diaz respectfully requests that this Court grant her motion for or summary judgment in the above-captioned case and the United States respectfully requests

that the Court grant its motion to quash.

                                Respectfully submitted,

                                ALLEN F. LOUCKS
                                United States Attorney

By:   /s/_____
      TARRA DeSHIELDS
      Assistant United States Attorney
      General Bar No. 07749

      Office of the United States Attorney
      36 South Charles street
      Fourth Floor
      Baltimore, Maryland  21201
      (410) 209-4800

      Counsel for Defendant Maria C. Diaz
      and the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April, 2005, a copy of the foregoing Motion for Summary Judgment and Motion to Quash was electronically filed, and so served upon Mark S. Zaid, Krieger & Zaid, PLLC, 1747 Pennsylvania Avenue, N.W., Suite 300, Washington, D.C. 20006.

                                _____/s/_____
                                TARRA DeSHIELDS
                                Assistant United States Attorney

*td\sjmot.wpd*

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,              *
                             *
         Plaintiff           *
                             *
    v.                       *   CIVIL ACTION NO. MJG-02-3892
                             *
MARIA C. DIAZ,               *
                             *
         Defendant           *

    *    *    *    *    ***    *    *    *    *
```

## ORDER OF JUDGMENT

Having read and considered the Defendant's Motion for Summary Judgment on the claim of defamation, and all other pleadings submitted pertinent thereto, it is this ____ day of _____, 2005, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

   1. The Defendant's Motion for Summary Judgment shall be, and hereby is, **GRANTED** on the above-mentioned claim;

   2. Judgment is entered in favor of the Defendant and against the Plaintiff on the above-referenced claim; and

   3. The Motion to Quash is hereby **GRANTED**; and

   4. The Clerk of the Court shall remit copies of this ORDER to all parties and their respective counsel of record.

```
                              _____
                              Marvin J. Garbis
                              United States District Judge
```