```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

KARL L. ELDERS,                    *
                                   *
        Plaintiff                  *
                                   *
   v.                              *   CIVIL ACTION NO. MJG-02-3892
                                   *
MARIA C. DIAZ,                     *
                                   *
        Defendant                  *

           *   *   *   *   ***   *   *   *   *

**INDEX OF EXHIBITS TO DEFENDANT MARIA C. DIAZ'S MOTION
FOR SUMMARY JUDGMENT AND THE UNITED STATES'S MOTION TO QUASH**

Exhibit 1:    Subpoena to Maria C. Diaz, MDANG Todd Wilkonson, Diane Kreinbrink, James Mentges, Doris Maurer, and Felton Page.

Exhibit 2:    Subpoena Duces Tecum to Maria C. Diaz and Maryland Air National Guard.

Exhibit 3:    Deposition Excerpts of Maria C. Diaz (dated 1/15/04).