AO88 (Rev. 1/94) [MD Rev. 01/2003] Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Karl L. Elders

V.

Maria C. Diaz

SUBPOENA IN A CIVIL CASE

Case Number:[1] MJG-02-3892

TO: see attached list

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| U.S. District Court for the District of Maryland  101 West Lombard Street  Baltimore, Maryland 21201-2692 | Hon. Marvin Garbis |
| | DATE AND TIME |
| | May 4-5, 2005; 9:00 A.M. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  — *Mark S. Zaid, Esq., Attorney for Plaintiff*

DATE: 4-25-05

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mark S. Zaid, Krieger & Zaid, PLLC, 1747 Pennsylvania Avenue, NW, Ste 300, Wash, DC 20006
202-454-2809

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

ELDERS v. DIAZ
Civil No. MJG-02-3892

**Government Exhibit No. 1**

<u>Karl L. Elders v. Maria C. Diaz</u>, Civil Action No. MJG-02-3892 (D.Md)

## **ATTACHMENT TO SUBPOENA ISSUED TO MARYLAND AIR NATIONAL GUARD/NATIONAL GUARD BUREAU**

Maria C. Diaz – defendant
Todd Wilkinson – MD ANG
Diane Kreinbrink – MD ANG
James M. Mentges – MD ANG
Doris Maurer – MD ANG
Felton Page - Chief, National Guard Directorate for Equal Opportunity