AO88 (Rev. 1/94) [MD Rev. 01/2002] Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

Karl L. Elders

V.                                              **SUBPOENA IN A CIVIL CASE**

Maria C. Diaz                                   Case Number:[1] MJG-02-3892

TO: Maria C. Diaz and Maryland Air National Guard

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached list.

| PLACE | DATE AND TIME |
|---|---|
| Krieger & Zaid, PLLC, 1747 Pennsylvania Ave, NW, Ste 300, Wash, DC 20006 | Mon, May 2, 2005; 12:00 P.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Mark S. Zaid, Esq. Attorney for Plaintiff | April 25, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mark S. Zaid, Krieger-Zaid PLLC, 1747 Pennsylvania Ave, NW, Ste 300, Wash, DC 20006   202-454-2809

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

ELDERS v. DIAZ
Civil No. MJG-02-3892

**Government Exhibit No. 2**

Karl L. Elders v. Maria C. Diaz, Civil Action No. MJG-02-3892 (D.Md)

# ATTACHMENT TO SUBPOENA ISSUED
# TO MARIA C. DIAZ/MARYLAND AIR NATIONAL GUARD

Documents sought for production:

(1) All documents that post-date February 2000, that are related or pertain to Dr. Diaz's allegations of retaliation filed against Generals Morgan and/or Tuxill;

(2) Unredacted copies of Dr. Diaz's letters addressed to Governor Elect Robert Ehrlich and Senator Barbara Mikulski (redacted copies are attached);

(3) All documents, in addition to those set forth in item (2), that post-date February 2000, sent by Dr. Diaz to any elected official, federal, state or local, and any responses thereto, that are related or pertain to (a) the Maryland Air National Guard, or (b) Karl Elders or (c) Generals Morgan and/or Tuxill;

(4) An unredacted copy of the 21 May 2003, letter sent by Dr. Diaz to Colonel Walsh (a redacted copy is attached);

(5) Any documents sent by Dr. Diaz, or received from, the Air Force Office of Inspector General or the Maryland Air National Guard Inspector General that pertain or relate to (a) Karl Elders or (b) Generals Morgan or Tuxill;

(6) An unredacted copy of the respective Reports of Investigations and all accompanying exhibits compiled by Colonel John C. Inglis dated 19 March 2002, and Colonel Arthur Werts in or around June 2002.



12/18/02

Dear Governor Elect Robert Ehrlich:

I am a ▓▓▓▓▓ who practices and resides in the ▓▓▓▓▓ Area. I am also a ▓▓▓▓▓ or the 175th Wing in the Maryland Air National Guard. I am requesting your guidance on an issue, which recently developed at the Guard.

In February/March of 2002, I pressed sexual harassment charges against Lt. Col. Karl Elders, my squadron commander. Another female officer also filed a similar complaint, and two enlisted female personnel said they had endured similar harassment, but preferred to testify only if absolutely necessary. The 135th Airlift Group Commander temporarily removed Lt. Col. Elders from his position as commander and opened an investigation. The final conclusion of this investigation substantiated the evidence of sexual harassment. ▓▓▓▓▓ the Adjutant General for Air, evidently was not satisfied with the outcome of the Group Commander's investigation. State Headquarters then became involved and conducted a separate investigation at their level. The State handpicked an investigator from out of state for this project. The final result of this investigation has been kept a secret. On several occasions I requested the official findings of this investigation, but was told I was not entitled to that information. Lt. Col. Elders was then promoted to a brand new, non-flying position at State Headquarters in Homeland Security. After the long, lengthy, second investigation, I was informed that I had ▓▓▓▓▓ly registered a sexual harassment complaint. The reason given to me by Lt. ▓▓▓▓▓ (AG) was that I had not lodged the complaint with the "right person" in Social Actions. Even though I brought my complaint to the Group and Wing Commander, my complaint was not deemed valid. Due to the extensive time taken to complete the second investigation, the time limit to resubmit my complaint had expired.

Throughout this same period of time, I was enrolled in an Air War College Seminar Program, which is a professional military education course required of senior Air Force officers. An end of term research paper is a requirement for successful completion of this course. At some point during the second investigation, an anonymous letter was sent to the faculty of the Air War College, accusing me of plagiarism on my term paper. During my preparation for this paper, numerous sample term papers were given to me as examples to follow. From one of these term papers, I used the bibliography and quotations for my paper. I informed the Wing Commander, ▓▓▓▓▓ and the Air

War College staff that I had used the bibliography and quotation, but the body of the paper, style and words used in the paper were mine. The Air War College staff agreed that this did not constitute plagiarism, and sent a letter to the Wing Commander stating this opinion. A formal investigation was initiated in October/November 2002 at my insistence. The officer in charge of this investigation ▇▇▇▇▇▇ called the Air War College and tried to convince them that I had committed plagiarism. In his words, the style was different, but the bibliography and quotations were the same, so I was guilty. ▇▇▇ spoke to ▇▇▇ Director of Non-resident Studies, and convinced ▇▇▇ into retracting the original letter that found no plagiarism. ▇▇▇ asked ▇▇▇ to recommend a harsher punishment than normal. ▇▇▇ wanted my dismissal. The Air War College staff, in spite of ▇▇▇ protests, simply wanted me to write another term paper on a different topic.

Following this investigation ▇▇▇▇▇▇ has requested my resignation. ▇▇▇ wants me "gone" from the Maryland Air National Guard. ▇▇▇ does not care which unit I end up in, as long as I am out of Maryland. I do not want to resign. According to ▇▇▇▇▇▇ and ▇▇▇▇▇▇ (another JAG), ▇▇▇▇▇▇ wants my resignation quietly or ▇▇▇ will commence military proceedings to involuntarily separate me from the Air National Guard. ▇▇▇▇▇▇ did state that since I am a successful general ▇▇▇ in private practice, this type of publicity would be detrimental to my private career. As an added threat to force my resignation, the plagiarism investigation conducted by ▇▇▇▇▇▇ would be finalized and published in the worst manner possible, resulting in my public humiliation. Finally, as one more form of retaliation, Lt. Col. Elders has filed a defamation of character civil lawsuit against me for filing sexual harassment charges against him. Since this was strictly a military issue, the military would normally defend me and assume liability for civil suits brought against me as a military member. The last straw occurred when ▇▇▇▇▇▇ threatened that unless I resigned, the military "might not defend me and assume liability" in the civil suit against me brought by Lt. Col. Elders.

All these issues have led me to believe that there is active discrimination and retaliation against me for filing sexual harassment charges. I don't know if this is because I am ▇▇▇▇▇▇ or just not a member of the "good ol' boys' club?" I have noted that infractions by male officers are handled differently. Male officers receive lighter sentences for more serious offences. Male officers have committed acts of sexual harassment, undermined existing command, and endangered lives by performing unauthorized fly-bys over the old PSI Stadium during the Army-Navy game, and covered up accidents and parachute violations. Their punishment did not consist of a request to resign, but instead they were transferred to State Staff, where their military career continued to flourish. I feel the request of my resignation is most certainly a reprisal for my charges of sexual harassment. I am expectantly awaiting your assistance in this matter.

Sincerely,



December 2, 2002

Senator Barbara Mikulski

Dear Senator Mikulski:

    I am writing to you since I find myself in a strange plight. Two weeks ago I was asked to resign from the Maryland Air National Guard. The situation is even more odd since it is an issue of integrity.

    About the month of February of 2002, an anonymous letter was sent to the Air War College accusing me of plagiarism. I was questioned by ▓▓▓▓▓▓ and the Air War College. I did state that I had used the same quotations and bibliography of the paper in question. An investigation was conducted in October/November 2002 which stated that what I did was plagiarism. I, sincerely, did not know that copying a "bibliography" was considered plagiarism. Due to the findings of this investigation, I have no integrity and resignation from the Maryland Air National Guard is the final solution.

    I do not want to resign, but they said certain reprisals would follow. ▓▓▓▓▓▓ stated that the resignation could be done quietly or they would separate me and make a public issue of my integrity. They said that as a successful ▓▓▓▓▓▓ would not like the publicity. It could hurt my private paractice. As a final kick, they stated that they would not defend me against the law suit which was initiated by Lt Col Karl Elders. Ultimately ▓▓▓▓▓▓ had the last word and all ▓▓▓▓▓▓ wanted from me was my resignation.

    I am truly scared and do not know what to do. Please help me in this delicate matter.

Sincerely,



Encl. 3



21 May 2003

Colonel Walsh,

After careful reflection, I have reconsidered my right to make a statement and would like to relay some concerns regarding my punishment over this issue.

First and foremost, I would like to emphatically state that the thoughts, organization, style, and composition of my Air War College paper were my own. I fully admitted from the very beginning that I had borrowed the bibliography and quotations from another, but my truthfulness in this matter has been largely ignored. I was not trained like a regular, line Air Force officer that had the advantage of receiving training in military theory, writing and background by attending the Air Force Academy, ROTC, OCS or even AMS. I did not receive the benefit of knowledge and acumen gained by completing Squadron Officer's School and Air Command and Staff College. I received a total of two weeks of military indoctrination training to become an officer, served as a medical officer for twelve years, then enrolled in Air War College, often considered the Ph.D. level of Military Science. Obviously, I may have needed a little help in getting started with the paper. Very few ▓▓▓ even bother to enroll in Professional Military Education curriculums, but I took this step to better myself and to become a better officer. In spite of this, however, I accept the Letter of Admonishment, as written, in a good faith effort to put this unfortunate situation behind me, and to allow the 135th to move forward.

I do have some specific concerns over the additional punishment you verbalized over and above the Letter of Admonishment. I am wondering why you would include negative comments on my OPR, which seem to be in violation of the guidelines described in AF 136-2406. By influencing my reporting official to add negative comments, you are effectively ending any chance of future advancement in this organization or in any other military organization I may chose to join. I can't help but think this move may have been advised by ▓▓▓ lawyer, to discretely discriminate against me. Or, perhaps it is designed to facilitate ▓▓▓ statement to me that "I will never go any further in the Maryland Air National Guard", meaning that I will never make ▓▓▓ Maybe this tainted OPR is the vehicle designed to make that threat come true. I feel this as a veiled form of retaliation against me for speaking to the Air Force IG, the Governor of Maryland, and Members of Congress in regard to cover-ups and discriminatory treatment by Wing and State Staff leadership over Sexual Harassment

perpetrated upon me by a former Squadron Commander. In fact, this simply appears as a further act in a long line of retaliatory events against me, a minority female officer.

Finally, I urge you to thoroughly research the historical data regarding the punishing of other officers that have committed acts that were equal to or greater than this one. Examples would be Lt Col Elders' situation and/or the A-10 pilots that flew the unauthorized fly-by before the Army – Navy Game. The Air War College Staff says that Maryland has been far harsher in my particular instance than other Air Force military organizations have been in punishing even more egregious and distinct forms of plagiarism. I implore you to compare the punishment given to me with that given to the other male officers.

Finally, please do not take personal or military offense to my concerns, as they are not personally directed to you. All of my comments are made with deep respect for you, your rank, your Command Authority and for your ultimate decisions.

Sincerely,

