```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

KARL L. ELDERS                          *

      Plaintiff               *

        vs.                  * CIVIL ACTION NO. MJG-02-3892

MARIA C. DIAZ                           *

      Defendant               *

*       *       *       *       *       *       *       *       *

<u>ORDER</u>

In accordance with the proceedings held in this matter on this date:

1. By June 30[1], Plaintiff shall file a post trial brief in regard to the scope of employment issues.

2. By July 21, Defendants shall respond.

3. By August 4, Plaintiff shall file any reply.

4. A hearing shall be scheduled if necessary.

SO ORDERED, on <u>Thursday, May 5, 2005</u>.

                                                     / s /
                                          Marvin J. Garbis
                                    United States District Judge

---

[1] All dates referred to herein are in the year 2005.