UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. MJG-02-3892 |
| | * | |
| MARIA C. DIAZ | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S CONSENTED-TO MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DISPOSITIVE MOTION

NOW COMES the plaintiff, by and through his undersigned counsel, to respectfully move the Court for an extension of time to on or before July 13, 2005, in which to submit his dispositive motion on the question of scope of employment. That motion is currently scheduled to be filed by on or before June 30, 2005.

On May 4, 2005, the Court held an evidentiary hearing on this specific question. Plaintiff's counsel received the transcript from that court session sometime during the first week of June. Plaintiff's counsel has been overwhelmed with previously existing deadlines in several matters pending before agencies of the United States Government, as well as litigation proceedings in various federal courts. Additionally, plaintiff's counsel is a recent father and has been attempting to significantly share expected responsibilities with his spouse.

Plaintiff's counsel has discussed this request with defendant's counsel and she has consented to this extension of time. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  June 24, 2005

                        Respectfully submitted,

                            /s/
                        _____
                        Mark S. Zaid, Esq.
                        Federal Bar #023887
                        Krieger & Zaid, PLLC
                        1920 N Street, N.W., Suite 300
                        Washington, D.C.  20036
                        (202) 454-2809
                        ZaidMS@aol.com

                        Counsel for Plaintiff