<u>Elders v. Diaz</u>, Case No. MJG-02-3892 (D.Md)

# EXHIBIT "2"

Case 1:02-cv-03892-MJG   Document 55-3   Filed 07/13/2005   Page 1 of 5

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS, 175th WING (ANG)
2701 EASTERN BOULEVARD
BALTIMORE, MARYLAND 21220-2899

7 Mar 02

MEMORANDUM FOR RECORD

FROM: 175 SFS/CC

SUBJECT:

1. Approximately two weeks ago LtCol Maria Diaz advised me of a problem she was having with another officer and that she was scared and very concerned and didn't know what to do. I observed that LtCol Diaz was very nervous and upset and was crying as she told me the story.

2. LtCol Diaz stated that she was having problems with LtCol Carl Elders with him coming on to her. I asked LtCol Diaz in what way and she explained that LtCol Elders was making advances to her and that she advised him that she was not interested and that she was married. She thought that would be the end of this incident but unfortunately, this incident became worse.

3. LtCol Diaz stated that LtCOL Elders was still persistent and that he would try to intimidate her. She stated that LtCol Elders had a habit of brushing against her and once grabbed her by her wrist and twisted it. LtCol Diaz advised me that she became very frightened and wasn't sure what to do. LtCol Diaz stated that LtCOl Elders stated to her that she should stay in operations because he could help her career and that he was very good friends with MG Tuxill. LtCol Diaz took that as a threat feeling if she did not cooperate or told anyone, LtCol Elders would try to destroy or end her career.

4. LtCol Diaz stated that she was afraid to make any formal complaints because she was concerned that no one would believe her and that LtCol Elders would make her life miserable and that he would get away with it. LtCol Diaz actual statement was "he is making my life a living hell and he will land on his feet when this is over". LtCol Diaz was referring to LtCol Elders.

5. I advised LtCol Diaz that she should make a formal complaint but should speak to LtCol Warren Thomas and BG Beasley first to give them a heads up on this incident. LtCol Diaz appeared to be very scared and confused. I advised her that BG Beasley would not tolerate this type of action and she needed to speak to him. LtCol Diaz had fears that LtCol elders would try to cause problems with her husband in someway. She has advised her husband of the problems she is having.

RAUL Q. WILLEM, Maj, MdANG
175 SFS/CC

8 March 2002

## MEMORANDUM FOR RECORD

This memorandum is documentation of observations I have made and comments made to me concerning the relationship between the 135 AS/CC, LTC Karl Elders and the 135 AS Flight Surgeon, LTC Maria Diaz.

In the fall of 2001, LTC Diaz informed me that LTC Elders had asked her to join him for a trip to Amsterdam. LTC Elders is a traditional guardsmen who also maintains a full time job as pilot for United Airlines. He offered to take LTC Diaz with him while he was flying a trip for the airlines, the trip would be at no cost to her because he would provide her with a "buddy pass" from the airlines and he implied she could stay with him in the airline contracted hotel where the pilots stay for crew rest. While there he promised to "show here a good time" and to take her downtown to the red light district where they could go "window shopping". LTC Diaz declined LTC Elders' invitation for the trip. On at least 2 or 3 other occasions LTC Diaz confided in me that LTC Elders wants to "sleep with her" or "go to bed" with her.

During this same time period, the position for State Air Surgeon was opened for hire. LTC Diaz applied for the job. LTC Elders offered to write a letter of recommendation for LTC Diaz. She told me that LTC Elders commented to her that he could help her "get what she wanted". LTC Diaz also had an Officer Performance Report due at the same time. LTC Elders is the rating official for LTC Diaz. Normal duty hours at the base are Tuesday thru Friday 0630-1700. LTC Elders called LTC Diaz on a Monday asking her to come down to his office on base at around 1900 so they could review the OPR and letter of recommendation. She was called at home, at work, and on her pager. LTC Diaz told me she declined to meet with LTC Elders. She stated that she did not feel comfortable meeting alone with him, in the evening, and on a non-duty day when other guard members would not be in and around the building.

The 135th Airlift Group is currently in conversion to the C-130J aircraft. This aircraft is significantly different from the unit's previous C-130's. A portion of the unit's training involves a week in the simulator. Since the Air Force is not currently equipped with a simulator, training is being accomplished in the United Kingdom. LTC Diaz, who as a Flight Surgeon and is considered an aircrew member, joined myself and 5 others for this training in June 2001. During the unit Christmas party during the December UTA, I overheard LTC Elders make a comment to LTC Diaz that she was "hanging out with her buddy from England and that she was supposed to go to the simulator with him." The "buddy" LTC Elders was referring to was myself. The tone in which this statement was made, as I heard it, implied that there was more than just a working relationship between myself and LTC Diaz while training in England.

Within the last 3 months and as recently as this week, LTC Diaz has commented to me several times that she is uncomfortable when she is around LTC Elders. This relationship, in my opinion, warrants further investigations. If there is unacceptable behavior in this case, it must be dealt with. It is having an impact on the unit's health and morale and cannot be tolerated.

This statement is true as it has been conveyed to and observed by me.

*James M. Mentges*

James M. Mentges, MAJ, MdANG
Commander, 135 Operations Support Flight



DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 175th WING (ANG)
BALTIMORE MARYLAND

10 March 2002

MEMORANDUM FOR THE RECORD

FROM: 135th AG/CC

SUBJECT: Record of 10 March 2002 Interview of Major Michael Mentges (SSN: ▓▓▓▓▓▓)

1. Pursuant to the 9 March 2002 appointment given me by 175 WG/CC to investigate allegations of misconduct by LtCol Karl Elders, I conducted a telephone interview with Major Michael Mentges, 135 Operations Support Flight Commander, on 10 March 2002. The 10 March interview was conducted via telephone because Major Mentges lived a great distance from the unit and I did not expect to be available for an interview with him for some days thereafter.

2. The interview is summarized in this memorandum. No material facts discussed during that interview have been omitted for any reason.

3. I briefly reviewed the contents of Major Mentges 8 March Memorandum for the Record and he indicated that it was accurate as written. I then asked him whether he had observed or had discussed the alleged incident of LtCol Elders' twisting LtCol Diaz' arm. Major Mentges stated that LtCol Diaz had called him the day the incident happened and informed him "LtCol Elders had twisted her arm in an angry manner and asked her what the hell she had been talking about with [Major Mentges]". Major Mentges recalled the date as being Friday, 21 December, the same date as one of the unit's Christmas parties. I asked him to document his recollection in a Memorandum for the Record and he wrote and signed the requested Memorandum on 12 March 2002.

6. I certify the above to be a true summary of sworn testimony given to me on 10 March 2002.



JOHN C. INGLIS, Colonel, MdANG
135 AG/CC

12 March 2002

MEMORANDUM FOR RECORD

On 17 Dec 01 I received an email from LTC Elders reference the training management of MAJ Petrina's upgrade to Aircraft Commander. I disagreed with LTC Elders remarks and sent an email response on 18 Dec 01. I met personally with LTC Elders the evening of 19 Dec 01 to discuss and resolve our differences. This meeting was held in one of the A-10 pilot briefing rooms. MAJ Petrina was already meeting with LTC Elders and left the meeting when I came into the room. LTC Elders and I were not able to resolve the issue at that time because he stated that he had not read my response to him at that time. I asked LTC Elders to read my response and then to meet with me personally. I stated that we needed to discuss the issue and resolve it together.

On 21 Dec 01 LTC Diaz told me that LTC Elders had discussed my email response with her. She stated that LTC Elders had told her that I was wrong, had screwed up, and that he could file away my response for a later date, and that it could be used to "hang" me at some point in the future. To this date, LTC Elders has not discussed the issue with me, LTC Thomas, LTC Lunt, or MAJ Wilkinson.

Sometime between 1600-1700 on the 21st LTC Elders walked past my office and observed LTC Diaz speaking with me. Later in the evening, as I was leaving the building, LTC Diaz was about 10-12 steps behind me. As I exited the building I passed LTC Elders talking with LTC Lunt, I said good night to each of them and went to my car in the parking lot.

On my drive home I spoke with LTC Diaz on my cellular phone. She told me that as she was leaving the building, LTC Elders grabbed her by the wrist very firmly and twisted her arm in an uncomfortable manner behind her back. LTC Diaz told me that at the same time LTC Elders asked her in very stern and threatening tone of voice, what did you tell him. She interpreted the "him" in his question to be a reference to me. LTC Diaz told me that she was scared by LTC Elders' actions and was afraid to be around him. LTC Diaz was familiar with the contents of the emails between LTC Elders and myself and was also aware of the tension felt between LTC Elders and myself, at that time.

These statements are true to the best of my knowledge as observed by or communicated to me.

JAMES M. MENTGES, MAJ, MdANG
Commander, 135 Operations Support Flight