<u>Elders v. Diaz</u>, Case No. MJG-02-3892 (D.Md)

# EXHIBIT "3"

Statement
of
Major Todd Wilkinson

1. During the Month of December or early January, Ltc Diaz told me that Ltc Elders asked her to fly to Europe with her. She said that he offered to give her a flight pass that would enable her to fly to Europe at no cost to her. Ltc Diaz told me that Ltc Elders wanted to sleep with her and that is why he was going to take her to Europe.

2. The week following the Technician Christmas party, Ltc Diaz told me that Ltc Elders grabbed her arm as she was walking out of the building. He pulled her close to him and asked her what she had been talking about with Maj Mentges.

3. On about mid February, following my return from my OPM course in Shepherdstown WVA, Ltc Diaz told me that she was going to confront Ltc Elders and tell him how unprofessional she thought he was. I told Ltc Diaz that she should not do that. I told her that it would not do any good. Ltc Diaz told me again how Ltc Elders had asked her to sleep with him and had grabbed her back in December. She told me that she needed to put a stop to it and said that she was going to confront Ltc Elders with these issues. I told her that if she really needed to confront him that she needed to make sure that someone else was present. She told me that she didn't want to have anyone else there; she just wanted to tell him her issues by herself. I strongly told her not to do that; I again told her that this would accomplish nothing.

4. Last week, on Friday, Ltc Diaz was taking a test for Air War College. She stopped by my office to talk with me for a while. I told her that Chief Robinson was trying to get in touch with her about his cough. We tried to call the Chief from my office and then Ltc Diaz was going to leave to go back to her civilian doctors office. She saw that Ltc Elders came into work and said she did not want him to see her and call her into his office. Ltc Diaz told me that she was afraid of Ltc Elders and did not trust him. I ask if she wanted me to walk her to her car but she declined. I told her that I would watch her walk down the hall to make sure she got out ok but she didn't think that would be necessary as he was probably in his office.

I do solemnly swear that the foregoing statement is true to the best of my knowledge, information and belief.

Date: 10 KIHT 02

TODD WILKINSON, Major, MdANG
Chief of Training
135 OSF

PLAINTIFF'S EXHIBIT NO. 3
CASE NO. MJG-02-3892
IDENTIFICATION:
ADMITTED:



DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 175th WING (ANG)
BALTIMORE MARYLAND

10 March 2002

MEMORANDUM FOR THE RECORD

FROM: 135th AG/CC

SUBJECT: Record of 10 March 2002 Interview of Major Todd Wilkinson (SSN: ███████)

1. Pursuant to the appointment given me by 175 WG/CC this date to investigate allegations of misconduct by LtCol Karl Elders, I conducted an interview with Major Wilkinson, 135 AS Training Officer, on 10 March 2002. The interview was conducted in my office at the Wing Headquarters building and began at approximately 1300 hours and ended at 1330 hours. Major Dave Bolgiano, 175 WG/JA was present during the entire interview.

2. Major Wilkinson relayed the following concerning the allegations material to this investigation:

- LtCol Diaz relayed to Major Wilkinson concerns she had regarding unwanted advances made to her by LtCol Elders. She relayed these concerns on "more than one occasion" beginning in December 2001 and as recently as early March 2002.

- In probably late December, LtCol Diaz told Major Wilkinson that LtCol Elders had asked her to accompany him on one of his United Airlines trips overseas. She further stated to Major Wilkinson her belief that LtCol Elders' intent was to "sleep with her". Major Wilkinson did not know when the actual offer of the trip occurred but stated he was certain that LtCol Diaz had relayed these concerns in late December 2001.

- In January 2002, LtCol Diaz relayed to Major Wilkinson that LtCol Elders had grabbed her arm in a way that she described as "displaying [LtCol Elders'] anger and having hurt her". LtCol Diaz also relayed to Major Wilkinson during this January conversation that she was leery of reporting the incident, or her other concerns regarding LtCol Elders, because she "did not want to make waves." She also relayed her hope to Major Wilkinson that the problem would just "go away" on its own.

- In late February/early March 2002, LtCol Diaz told Major Wilkinson that she was "afraid of LtCol Elders", principally because she believed he would continue to make unwanted advances towards her or seek some unspecified retribution. She told Major Wilkinson that she wanted to confront LtCol Elders to "clear the air", but Major Wilkinson advised

her to not do so unless she had a witness. Major Wilkinson does not believe she confronted LtCol Elders on this matter at that time.

- LtCol Diaz subsequently relayed to Major Wilkinson (in early March) that she was uncomfortable being on base when LtCol Elders was present. He further does not believe that LtCol Diaz perceives LtCol Elders as a physical threat to her safety, rather he believes she is afraid that he would continue to make unwanted advances that make her very uncomfortable.

- Major Wilkinson stated that he does not believe that LtCol Elders and LtCol Diaz ever socialized outside of informal squadron/group events.

- Major Wilkinson said that he was surprised at the allegations and that he would not have thought LtCol Elders' would act in such a manner. He also stated that he found LtCol Diaz to be very credible and not one who would make false allegations. He further stated that LtCol Diaz is widely viewed as being a peacemaker, always trying to help those in need and often going well outside of her formal duties to ensure the health and welfare of unit members.

3. Subsequent to my interview with him, Major Wilkinson wrote out a formal statement (a single page, dated and signed 10 March 2002.)

4. I certify the above to be a true summary of sworn testimony given to me on 10 March 2002 at Warfield Air National Guard Base.

JOHN C. INGLIS, Colonel, MdANG
135 AG/CC

Witnessed by:

David Bolgiano, Major, MdANG
175 WG/JA

2