Elders v. Diaz, Case No. MJG-02-3892 (D.Md)

# EXHIBIT "4"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KARL ELDERS | : |
|    Plaintiff | : |
| v. | : Civil No. _____ |
| MARIA DIAZ | : |
|    Defendant. | : |

oOo

## CERTIFICATION

The undersigned, United States Attorney for the District of Maryland, pursuant to 28 U.S.C. § 2679, and by virtue of the authority vested in him by the Attorney General under 28 C.F.R. § 15.3, hereby certifies that he has read 1) the Complaint and 2) a November 26, 2002 memorandum from Assistant United States Attorney Tarra DeSheilds. Based on these materials with respect to the incident referred to therein, the undersigned certifies that Defendant Maria Diaz was acting within the scope of her employment as an employee of the Air National Guard, a reserve component of the United States Air Force, at the time of such incident.

_____
Thomas M. DiBiagio
United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4800