<u>Elders v. Diaz</u>, Case No. MJG-02-3892 (D.Md)

# EXHIBIT "5"



December 2, 2002

Senator Barbara Mikulski

Dear Senator Mikulski:

    I am writing to you since I find myself in a strange plight. Two weeks ago I was asked to resign from the Maryland Air National Guard. The situation is even more odd since it is an issue of integrity.

    About the month of February of 2002, an anonymous letter was sent to the Air War College accusing me of plagiarism. I was questioned by ████ and the Air War College. I did state that I had used the same quotations and bibliography of the paper in question. An investigation was conducted in October/November 2002 which stated that what I did was plagiarism. I, sincerely, did not know that copying a "bibliography" was considered plagiarism. Due to the findings of this investigation, I have no integrity and resignation from the Maryland Air National Guard is the final solution.

    I do not want to resign, but they said certain reprisals would follow. ████ stated that the resignation could be done quietly or they would separate me and make a public issue of my integrity. They said that as a successful ████ would not like the publicity. It could hurt my private paractice. As a final kick, they stated that they would not defend me against the law suit which was initiated by Lt Col Karl Elders. Ultimately ████ had the last word and all ████ wanted from me was my resignation.

    I am truly scared and do not know what to do. Please help me in this delicate matter.

Sincerely,



Incl: 5



12/18/02

Dear Governor Elect Robert Ehrlich:

I am a ▆▆▆▆▆ who practices and resides in the ▆▆▆▆▆ Area. I am also a ▆▆▆▆▆ or the 175th Wing in the Maryland Air National Guard. I am requesting your guidance on an issue, which recently developed at the Guard.

In February/March of 2002, I pressed sexual harassment charges against Lt. Col. Karl Elders, my squadron commander. Another female officer also filed a similar complaint, and two enlisted female personnel said they had endured similar harassment but preferred to testify only if absolutely necessary. The 135th Airlift Group Commander temporarily removed Lt. Col. Elders from his position as commander and opened an investigation. This final conclusion of this investigation substantiated the evidence of sexual harassment ▆▆▆▆▆ the Adjutant General for Air, evidently was not satisfied with the outcome of the Group Commander's investigation. State Headquarters then became involved and conducted a separate investigation at their level. The State handpicked an investigator from out of state for this project. The final result of this investigation has been kept a secret. On several occasions I requested the official findings of this investigation, but was told I was not entitled to that information. Lt. Col. Elders was then promoted to a brand new, non-flying position at State Headquarters in Homeland Security. After the long, lengthy, second investigation, I was informed that I had not ▆▆▆▆▆ly registered a sexual harassment complaint. The reason given to me by ▆▆▆▆▆ AG) was that I had not lodged the complaint with the "right person" in Social Actions. Even though I brought my complaint to the Group and Wing Commander, my complaint was not deemed valid. Due to the extensive time taken to complete the second investigation, the time limit to resubmit my complaint had expired.

Throughout this same period of time, I was enrolled in an Air War College Seminar Program, which is a professional military education course required of senior Air Force officers. An end of term research paper is a requirement for successful completion of this course. At some point during the second investigation, an anonymous letter was sent to the faculty of the Air War College, accusing me of plagiarism on my term paper. During my preparation for this paper, numerous sample term papers were given to me as examples to follow. From one of these term papers, I used the bibliography and quotations for my paper. I informed the Wing Commander, ▆▆▆▆▆ and the Air

War College staff that I had used the bibliography and quotation, but the body of the paper, style and words used in the paper were mine. The Air War College staff agreed that this did not constitute plagiarism, and sent a letter to the Wing Commander stating this opinion. A formal investigation was initiated in October/November 2002 at my insistence. The officer in charge of this investigation ▮▮▮▮▮ called the Air War College and tried to convince them that I had committed plagiarism. In his words, the style was different but the bibliography and quotations were the same, so I was guilty. ▮▮▮ spoke to ▮▮▮ Director of Non-resident Studies, and convinced ▮▮▮ into retracting the original letter that found no plagiarism. ▮▮▮ asked ▮▮▮ to recommend a harsher punishment than normal. ▮▮▮ wanted my dismissal. The Air War College staff, in spite of ▮▮▮ protests, simply wanted me to write another term paper on a different topic.

▮▮▮ Following this investigation ▮▮▮ has requested my resignation. ▮▮▮ wants me "gone" from the Maryland Air National Guard. ▮▮▮ does not care which unit I end up in, as long as I am out of Maryland. I do not want to resign. According to ▮▮▮ and ▮▮▮ (another JAG), ▮▮▮ wants my resignation quietly or ▮▮▮ will commence military proceedings to involuntarily separate me from the Air National Guard. ▮▮▮ did state that since I am a successful general ▮▮▮ in private practice, this type of publicity would be detrimental to my private career. As an added threat to force my resignation, the plagiarism investigation conducted by ▮▮▮ would be finalized and published in the worst manner possible, resulting in my public humiliation. Finally, as one more form of retaliation, Lt. Col. Elders has filed a defamation of character civil lawsuit against me for filing sexual harassment charges against him. Since this was strictly a military issue, the military would normally defend me and assume liability for civil suits brought against me as a military member. The last straw occurred when ▮▮▮ threatened that unless I resigned, the military "might not defend me and assume liability" in the civil suit against me brought by Lt. Col. Elders.

All these issues have led me to believe that there is active discrimination and retaliation against me for filing sexual harassment charges. I don't know if this is because I am ▮▮▮ or just not a member of the "good ol' boys' club?" I have noted that infractions by male officers are handled differently. Male officers receive lighter sentences for more serious offences. Male officers have committed acts of sexual harassment, undermined existing command, and endangered lives by performing unauthorized fly-bys over the old PSI Stadium during the Army-Navy game, and covered up accidents and parachute violations. Their punishment did not consist of a request to resign, but instead they were transferred to State Staff, where their military career continued to flourish. I feel the request of my resignation is most certainly a reprisal for my charges of sexual harassment. I am expectantly awaiting your assistance in this matter.

Sincerely,