Elders v. Diaz, Case No. MJG-02-3892 (D.Md)

# EXHIBIT "6"

**Confidential Statement**

of 

I have read the Memoranda for Record of ▮▮▮▮▮, dated 7 March 2002 and ▮▮▮▮▮ 8 March 2002. Everything stated in those memoranda are true, except that I was not crying as referenced in paragraph 1 of ▮▮▮▮▮ memorandum.

I do solemnly swear that the foregoing statement is true to the best of my knowledge, information, and belief.

This 9th day of March, 2002.



MdANG
135th Airlift Squadron