Elders v. Diaz, Case No. MJG-02-3892 (D.Md)

# EXHIBIT "7"

# Orders

Diaz Maria

| Quarter | Date of Duty | Total Days Used | WUC | Purpose | Order Number | Amended |
|---|---|---|---|---|---|---|
| A/T Deployed State | | | | | | |
| 2 | 2/7/2002 | 11 | FA | Guardlift | A-897 | ✓ |
| Sum | | 11 | | | | |
| A/T Home Station | | | | | | |
| 1 | 10/8/2001 | 2 | FA | Local Training | A-141 | |
| 1 | 10/13/2001 | 2 | FA | Local Training | A-130 | |
| 1 | 11/15/2001 | 1 | FA | Aircrew Physicals | A-327 | |
| 1 | 12/6/2001 | 1 | FA | Flight Physicals/Training | A-490 | |
| 1 | 12/12/2001 | 1 | FA | Flight Physicals | A-539 | |
| 1 | 12/14/2001 | 1 | FA | Flight Physicals | A-539 | |
| 1 | 12/21/2001 | 1 | FA | Flight Physicals | A-571 | |
| 2 | 1/4/2002 | 1 | FA | Local Training | A-625 | |
| 2 | 1/10/2002 | 2 | FA | Local Training | A-713 | |
| 2 | 3/14/2002 | 2 | FA | Squadron Medical Admin. | A-1271 | |
| 2 | 3/22/2002 | 1 | FA | Local Training | A-1382 | |
| 2 | 3/29/2002 | 1 | FA | Local Training | A-1532 | |
| 3 | 4/9/2002 | 1 | FA | Local Training | A-1607 | |
| Sum | | 17 | | | | |
| S/T Deployed State | | | | | | |
| 2 | 2/7/2002 | 0 | AH | Guardlift | A-834 | ✓ |
| Sum | | 0 | | | | |
| S/T Home Station | | | | | | |
| 2 | 1/30/2002 | 1 | FA | Local Training | A-874 | |
| Sum | | 1 | | | | |
| Grand Total | | 29 | | | | |

Sunday, December 08, 2002

Page 1 of 1