<u>Elders v. Diaz</u>, Case No. MJG-02-3892 (D.Md)

# EXHIBIT "8"

```
******************************PERSONAL DATA - PRIVACY ACT OF 1974*************************
                                                               S - SUTA
                               A - ABSENT                      R - RUTA
ATTENDANCE ROSTER    *         E - EXCUSED                     B - BUTA
********************           X - CONTRUCTIVELY PRESENT       Q - EQT
                               P - PRESENT, NOT IN FORMATION
                               CHECKMARK - PRESENT IN FORMATION
                                                               * YEAR AND MONTH
ORGANIZATION:              * LOCATION:                         * 2001    DEC
135 AS - H         FLT A   * MARTIN STATE AIRPORT
                                                               * PAGE  OF  PAGES
DATES OF SCHEDULED UNIT TRAINING ASSEMBLIES:                   *   2        7
08 & 09 DEC 2001

GRADE *    SSAN     *  NAME              * 1 * 2 * 3 * 4 *TOTAL* REMARKS

 03   * 215740064  *BERNARD GARY A       *R *R *R *R *0 * ALERT
 04   * 268602896  *BRAWLEY KRISTIN KE   *R *R *R *R *0 *
 04   * 090503165  *BROPHY JOSEPH E JR A *X *X *X *X *0 *
 04   * 480023776  *BUFKIN THERESA R     *P *P *P *P *4 *
 03   * 219905155  *BURGESS JOEL D       *P *P *P *P *4 *
 03   * 217941977  *CONDON MICHAEL       *R *R *R *R *0 *
 04   * 212662541  *DEBORGER DAVID A   T*R *R *R *R *0 *
 04   * 014549704  *DESCHENES PAUL S     *P *P *P *P *4 *
 05   * 584845261  *DIAZ MARIA C         *P *P *P *P *4 *
 05   * 358501574  *ELDERS KARL L        *R *R *R *R *0 *
      * 215620427  *FALTER DAVID M       *P *P *P *P *4 *
      * 213681341  *FISHPAW LEE H        *R *R *R *R *0 *
 04   * 214725525  *GESSOUROUN DAVID R   *P *P *P *P *4 *
 05   * 564948462  *GIBSON RICHARD G   T*R *R *R *R *0 *
 05   * 310543079  *HANS THOMAS E        *R *R *R *R *0 *
```

```
************************************************
*********** PERSONAL DATA - PRIVACY ACT OF 1974 *
***********************************************
ENDANCE ROSTER  *   A - ABSENT                     S - SUTA
********************  E - EXCUSED                  R - RUTA
                      X - CONTRUCTIVELY PRESENT    B - BUTA
                      P - PRESENT, NOT IN FORMATION Q - EQT
                      CHECKMARK - PRESENT IN FORMATION
```

| ORGANIZATION: 135 AS - H | FLT A | LOCATION: MARTIN STATE AIRPORT | YEAR AND MONTH 2002 JAN |
|---|---|---|---|

DATES OF SCHEDULED UNIT TRAINING ASSEMBLIES:
12 & 13 JAN 2002

PAGE 2 OF PAGES 7

| GRADE | SSAN | NAME | 1 | 2 | 3 | 4 | TOTAL | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 03 | 215740064 | BERNARD GARY A | ✓ | ✓ | ✓ | ✓ | 4 | |
| 04 | 268602896 | BRANLEY KRISTIN KE | R | R | ✓ | ✓ | 2 | |
| 04 | 090503165 | BROPHY JOSEPH E JR A | X | X | X | X | 0 | AD |
| 04 | 480023776 | BUFKIN THERESA R | ✓ | ✓ | ✓ | ✓ | 0 | |
| 03 | 219905155 | BURGESS JOEL D | R | R | R | R | 0 | |
| 03 | 217941977 | CONDON MICHAEL | ✓ | ✓ | ✓ | ✓ | 4 | |
| 04 | 212662541 | DEBORGER DAVID A | T ✓ | ✓ | ✓ | ✓ | 4 | |
| 04 | 014549704 | DESCHENES PAUL S | ✓ | R | ✓ | ✓ | 3 | |
| 05 | 584845261 | DIAZ MARIA C | ✓ | ✓ | ✓ | ✓ | 4 | |
| 05 | 358501574 | ELDERS KARL L | R | R | R | P | 0 | AD |
| | 215620427 | FALTER DAVID M | ✓ | ✓ | ✓ | ✓ | 4 | |
| 03 | 213681341 | FISHPAW LEE H | R | R | ✓ | ✓ | 2 | |
| Y4 | 214725525 | GESSOUROUN DAVID R | ✓ | ✓ | ✓ | ✓ | 4 | |
| 5 | 564948462 | GIBSON RICHARD G | T R | R | R | R | 0 | AD |
| 5 | 310543079 | HANS THOMAS E | ✓ | ✓ | R | R | 2 | |

PERSONAL DATA - PRIVACY ACT OF 1974

ATTENDANCE ROSTER

A - ABSENT
E - EXCUSED
X - CONTRUCTIVELY PRESENT
P - PRESENT, NOT IN FORMATION
CHECKMARK - PRESENT IN FORMATION
S - SUTA
R - RUTA
B - BUTA
Q - EQT

ORGANIZATION: 135 AS - H    FLT A    LOCATION: MARTIN STATE AIRPORT    YEAR AND MONTH: 2002 FEB

DATES OF SCHEDULED UNIT TRAINING ASSEMBLIES: 02 & 03 FEB 2002

PAGE 2 OF PAGES 7

| GRADE | SSAN | NAME | 1 | 2 | 3 | 4 | TOTAL | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 03 | 215740064 | BERNARD GARY A | R | R | R | R | 0 | |
| 04 | 268602896 | BRAWLEY KRISTIN KE | R | R | R | R | 0 | |
| 04 | 480023776 | BUFKIN THERESA R | R | R | R | R | 0 | |
| 03 | 219905155 | BURGESS JOEL D | R | R | R | R | 0 | |
| 03 | 217941977 | CONDON MICHAEL | B | ✓ | ✓ | 0 | 2 | |
| 04 | 212662541 | DEBORGER DAVID A | T B | R | R | R | 0 | |
| 04 | 014549704 | DESCHENES PAUL S | 0 | 0 | B | B | 0 | |
| 05 | 584845261 | DIAZ MARIA C | ✓ | ✓ | ✓ | ✓ | 4 | |
| 05 | 358501574 | ELDERS KARL L | R | R | R | R | 0 | |
| 04 | 215620427 | FALTER DAVID M | ✓ | ✓ | ✓ | ✓ | A | |
| | 213681341 | FISHPAW LEE H | R | R | ✓ | ✓ | 2 | |
| 04 | 214725525 | GESSOUROUN DAVID R | R | R | R | R | 0 | |
| 05 | 564948462 | GIBSON RICHARD G | T ✓ | ✓ | ✓ | ✓ | A | |
| 05 | 310543079 | HANS THOMAS E | B | R | B | B | 0 | |
| 04 | 046544031 | HENDRICKSON KAREN | ✓ | ✓ | ✓ | ✓ | 4 | |



TOTAL P.16