<u>Elders v. Diaz</u>, Case No. MJG-02-3892 (D.Md)

# EXHIBIT "11"

███████: No the time he called me was on a Monday.
Col Werts: He called you to come in at 6:30 to review your OPRs.
███████: I reviewed them the next day.
Col Werts: You went in the next day?
███████: Yes Sir. Because at 6:30 I am cooking dinner and I am at home.
Col Werts: But I read here where you said this is the second kiss.
███████: Okay. That second kiss...
Col Werts: Happened..?
███████: In his office, ...
Col Werts: Do you recall it?
███████: Oh no, I recall it. It is just very dis......
Col Werts: Listen ████ I realize this is sensitive and it is....
███████: I'm angry.
Col Werts: And yes,
███████: I am angry that somebody would do this to me. I am angry that my integrity...I feel like at this point ...that my integrity is being questioned and I know it's not and you are being very nice. But I am angry that I have to go through this all over again. But if it means that I have to, I have to, because I have to make sure that I clear what I am saying. We were in the office and we were talking and he came over and he kissed me. But this time, it was a ... I was caught by surprise...and he ... I'm sorry Sir. He attempted to, what I said here, if you could just read it, I am ... I'm sorry...
Col Werts: Okay...he put his hand on you.
███████: He turned me around, he bent over and he kissed me and he put his tongue in my mouth...he tried to put his tongue in my mouth. That is when I told him that he had gotten way out of hand, that this had gotten way out of hand. And that is when I started to get a little scared because I did not think that I would have to ... to do further. I don't like hurting people. I don't. I mean I am a good person. I'd give you the shirt off of my back if you needed help and it is a "he said" - "she said" situation. I am a ████ I saw in surgical practice one of my friends got booted out of a program because she said one of the attendants tried to kiss her. You've got to realize the mentality that I have been put through. I have been told always to "not rock the boat". If you want to get somewhere, you have to play by the book, by the rules. I didn't know if people would believe me or not. I did not want to hurt him at all, but with him kissing me the second time, something had to be done. People noticed that I started changing. I was getting a little bit more closed. I wasn't show up as much, because I am there every day. My office is 15 minutes from the Guard. If they need something, I am up there, I'll write it, I'll do a physical, I'll give shots if there is a deployment. I'll go in there and I'll do all of these little extra things that no body knows that I do. I was afraid of "he said - she said", because that is what it is going to boil down to.
Col Werts: So you are aware of the Adjutant General's policy on sexual harassment.
███████: Yes I am.
LtCol Werts: Did you...

7                                                              ████ 4/18/02

████ I was scared.

**Col Werts:** You know about the complaint process.

████ Yes I do. I have █

**Col Werts:** Did you tell them at the base after that?

████ I did. I have a ████ who has wanted me to leave the Guard since the day I joined and has been waiting for something to happen. It has. When I told my ████ what was going on, the first thing out █ ████ mouth was - quit. The second thing is "I am going to get him." I couldn't - my ████ is a very successful ████ also is a great ████ but you've got to realize that it has destroyed m████ this thing. We're okay...but the basic thing i█ wants me to quit and I don't want to quit. I like what I do in the Guard, I like the people that I work with.

**Col Werts:** You shared this with your ████ after the second incident?

████ It took me a couple of weeks to share it wit█ ████ Before I did that, I had shared it with █ because I didn't know what to do, and I was scared.

**Col Werts:** You made some statements to ████ relative to.... because he was, you know I'm concerned too...to and one summer you had indicated that Col Elders had kissed you and then the next summer this behavior repeats itself, saying he was a little more aggressive. So then the question is were there any other incidents, I mean, were there any other incidents because you state here that there was some other incidents that you didn't care to speak on at that time?

████ You know it took a lot to even verbalize that.

**Col Werts:** I guess here is the problem. Your integrity is not an issue. But when you look at some of the definitions of sexual harassment and you talk about unwelcome sexual advancements repeatedly, unwelcome you know creating a hostile environment, and there is the element of pro-quo, you know, you do this, I'll do that...then for Leadership to make a decision, you know, that it has been repeated and you were in a hostile environment, and.

████ Sir, he grabbed my arm.

**Col Werts:** Tell me about that?

████ Okay. The hostile ... he was angry. We were having facilitator meetings and I thought these were great meetings because that would open up everybody. If you have problems you can talk it out and hash it out and get everything together and then walk out. Ah...we were at the door and it was after the Christmas Party and I had been talking to ████ I talked to Karl, I talked to everybody. He gave me chocolates. You don't give women chocolates, you know that, it's fattening...the gave other guy's wine, he gave me chocolates. Never pretty.. put that down too...no I'm kidding. I have to kid a little bit. But he gave me chocolates and he gave the other people wine. I could see what he was trying to do. Everybody was....you know it's Christmas, you are ... it's a good time. It's forgiveness, it's Christmas. Unfortunately, I had talked to ████ and we were, there are a lot of problems there. There is a lot of █ ████ was saying, "look he gave me wine". I said, "Look, take it in the offer was given - friendship, peace, etc." Well, sometimes people don't like to hear that s█ ████ was a little upset. Because █ was given a present.

**Col Werts:** This i█ ████

8                                                                                                    ████ 4/18/02