# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS                          *
                                        *
    Plaintiff,               *
                                        *
    v.                       *        Case No. MJG-02-3892
                                        *
MARIA C. DIAZ                           *
                                        *
    Defendant.               *
                                        *
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

    In consideration of the Plaintiff's Motion for Summary Judgment, and all other

related records in this case, it is hereby this ___ day of _____, 2005,

    ORDERED, that plaintiff's Motion is granted; and further

    ORDERED, that the parties shall submit to this Court by _____, 2005,

their respective proposals as to how the case should now proceed.


                                      _____
                                      United States District Judge