IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,              *
                             *
            Plaintiff        *
                             *
     v.                      *    CIVIL ACTION NO. MJG-02-3892
                             *
MARIA C. DIAZ,               *
                             *
            Defendant        *

     *    *    *    *    ***    *    *    *    *

## MOTION FOR ENLARGEMENT OF TIME

The Defendant, Maria C. Diaz, by her attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and undersigned counsel, move, pursuant to Fed.R.Civ.P.6(b), to enlarge the time for filing its response to the Plaintiff's motion for summary judgment in the above-captioned case for the following reasons:

1.  In the instant defamation-based action, the Court on May 4, 2005 held an evidentiary hearing on the matter of whether the defendant was acting within the scope of her employment in reporting certain allegations.  Following the conclusion of the hearing the Court directed the parties to file motions adumbrating their respective positions relative to the scope-of-employment issue.  Plaintiff was directed to file his motion by June 30, 2005, with defendant to file a responsive motion by July 21, 2005.

2.  On June 24, 2005, plaintiff sought and was granted an extension of time to file his motion on July 13, 2005.  Undersigned

counsel is currently in the midst of both taking and defending depositions in several cases that have and will consume the entire month of July 2005. Additionally, undersigned counsel will be away from her office August 1, 2005 through August 4, 2005. Due to the above circumstances, additional time is needed to respond to the plaintiff's motion. Undersigned counsel is thus compelled to request an extension of time until August 15, 2005 to complete preparation of its response in a substance and form suitable for submission to the Court.

3. Counsel for the Plaintiff was contacted telephonically regarding the proposed Motion for Enlargement of Time and has no objection to the proposed extension.

4. This motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Honorable Court grant leave for the Defendant to file its response in the instant case on August 15, 2005.

Respectfully submitted,

ROD J. ROSENSTEIN
United States Attorney

/s/
_____
TARRA DeSHIELDS
Assistant United States Attorney
General Bar No. 07749

Office of the United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland  21202
(410) 209-4800
Counsel for Defendant

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of July, 2005, one copy of the foregoing Motion for Enlargement of Time was electronically filed and so served upon Mark S. Zaid, Esquire, Krieger & Zaid, PLLC, 1920 N Street, N.W., Suite 300, Washington, D.C. 20036.


_____/s/_____
TARRA DeSHIELDS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                    *
                                   *
            Plaintiff              *
                                   *
    v.                             *   CIVIL ACTION NO. MJG-02-3892
                                   *
MARIA C. DIAZ,                     *
                                   *
            Defendant              *

        *    *    *    *    ***    *    *    *    *

<u>ORDER</u>

The foregoing Motion for Enlargement of Time having been read and considered by the United States District Court for the District of Maryland, it is this _____ day of July, 2005,

ORDERED, pursuant to Fed.R.Civ.P.6(b), that the time for the Defendant to file a response in the above-captioned case be and is hereby extended to and including August 15, 2005.

It is further ORDERED that the Clerk of the Court remit copies of this signed ORDER to all counsel of record in the case.

_____
Marvin J. Garbis
United States District Judge