UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| Plaintiff, | * | |
| v. | * | Case No. MJG-02-3892 |
| MARIA C. DIAZ | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### PRAECIPE

To the Clerk of Court, please note the following new address and contact information for plaintiff's counsel.

Date:  July 20, 2005

                                              Respectfully submitted,

                                              /s/
                                          _____
                                          Mark S. Zaid, Esq.
                                          Federal Bar #023887
                                          Krieger & Zaid, PLLC
                                          1920 N Street, N.W.
                                          Suite 300
                                          Washington, D.C.  20036
                                          (202) 454-2809
                                          (202) 293-4827 fax
                                          ZaidMS@aol.com

                                          ATTORNEY FOR PLAINTIFF