```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                    *
                                   *
         Plaintiff                 *
                                   *
   v.                              *   CIVIL ACTION NO. MJG-02-3892
                                   *
MARIA C. DIAZ,                     *
                                   *
         Defendant                 *

         *    *    *    *    ***    *    *    *    *
```

## MOTION FOR ENLARGEMENT OF TIME

The Defendant, Maria C. Diaz, by her attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and undersigned counsel, move, pursuant to Fed.R.Civ.P.6(b), to enlarge the time, by four days, for filing its response to the Plaintiff's motion for summary judgment in the above-captioned case for the following reasons:

1. In the instant defamation-based action, the Court on May 4, 2005 held an evidentiary hearing on the matter of whether the defendant was acting within the scope of her employment in reporting certain allegations. Following the conclusion of the hearing the Court directed the parties to file motions adumbrating their respective positions relative to the scope-of-employment issue. Plaintiff was directed to file his motion by June 30, 2005, with defendant to file a responsive motion by July 21, 2005.

2. On June 24, 2005, plaintiff sought and was granted an extension of time to file his motion on July 13, 2005. Undersigned

counsel was granted an extension to file a responsive pleading by August 15, 2005.

    3.   Undersigned counsel was away from the United States Attorney's Office until August 8, 2005. Undersigned counsel is currently in the midst of preparing four other dispositive motions in other cases, which dispositive motions are due August 15, 2005. Due to the above circumstances, two additional days are needed to respond to the plaintiff's motion in the above-captioned case. Undersigned counsel is thus compelled to request an extension of time until August 19, 2005 to complete preparation of its response in a substance and form suitable for submission to the Court.

    4.   Counsel for the Plaintiff was contacted regarding the proposed Motion for Enlargement of Time and has no objection to the proposed extension.

    5.   This motion is not made for purposes of delay.

    WHEREFORE, it is respectfully requested that this Honorable Court grant leave for the Defendant to file its response in the instant case on August 19, 2005.

                             Respectfully submitted,

                             ROD J. ROSENSTEIN
                             United States Attorney

                              /s/
                             TARRA DeSHIELDS
                             Assistant United States Attorney
                             General Bar No. 07749

                             Office of the United States Attorney
                             36 South Charles Street

```
                              Fourth Floor
                              Baltimore, Maryland  21202
                              (410) 209-4800
                              Counsel for Defendant
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2005, one copy of the foregoing Motion for Enlargement of Time was electronically filed and so served upon Mark S. Zaid, Esquire, Krieger & Zaid, PLLC, 1920 N Street, N.W., Suite 300, Washington, D.C. 20036.

```
                              ____/s/_____
                              TARRA DeSHIELDS
                              Assistant United States Attorney
```

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                *
                               *
          Plaintiff            *
                               *
     v.                        *   CIVIL ACTION NO. MJG-02-3892
                               *
MARIA C. DIAZ,                 *
                               *
          Defendant            *

     *     *     *     *    ***     *     *     *     *
```

## ORDER

The foregoing Motion for Enlargement of Time having been read and considered by the United States District Court for the District of Maryland, it is this _____ day of August, 2005,

ORDERED, pursuant to Fed.R.Civ.P.6(b), that the time for the Defendant to file a response in the above-captioned case be and is hereby extended to and including August 19, 2005.

It is further ORDERED that the Clerk of the Court remit copies of this signed ORDER to all counsel of record in the case.

```
                              _____
                              Marvin J. Garbis
                              United States District Judge
```