IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                    *
                                   *
            Plaintiff              *
                                   *
                                   *  CIVIL ACTION NO. MJG-02-3892
      v.                           *
                                   *
MARIA C. DIAZ,                     *
                                   *
            Defendant              *

      *      *      *      *      ***      *      *      *      *

## ORDER

The foregoing Motion for Enlargement of Time having been read and considered by the United States District Court for the District of Maryland, it is this <u>11th</u> day of August, 2005,

ORDERED, pursuant to Fed.R.Civ.P.6(b), that the time for the Defendant to file a response in the above-captioned case be and is hereby extended to and including August 19, 2005.

It is further ORDERED that the Clerk of the Court remit copies of this signed ORDER to all counsel of record in the case.

                              /s/
_____
                    Marvin J. Garbis
                    United States District Judge