```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                    *
                                   *
            Plaintiff              *
                                   *
      v.                           *   CIVIL ACTION NO. MJG-02-3892
                                   *
MARIA C. DIAZ,                     *
                                   *
            Defendant              *

       *     *     *     *    ***     *     *     *     *
```

**<u>MOTION FOR ENLARGEMENT OF TIME</u>**

The Defendant, Maria C. Diaz, by her attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and undersigned counsel, move, pursuant to Fed.R.Civ.P.6(b), to enlarge the time, by ten days, for filing its response to the Plaintiff's motion for summary judgment in the above-captioned case for the following reasons:

    1. In the instant defamation-based action, the Court on May 4, 2005 held an evidentiary hearing on the matter of whether the defendant was acting within the scope of her employment in reporting certain allegations. Following the conclusion of the hearing the Court directed the parties to file motions adumbrating their respective positions relative to the scope-of-employment issue. Plaintiff was directed to file his motion by June 30, 2005, with defendant to file a responsive motion by July 21, 2005.

    2. On June 24, 2005, plaintiff sought and was granted an extension of time to file his motion on July 13, 2005. Undersigned

counsel was granted an extension to file a responsive pleading by August 19, 2005.

    3.    Undersigned counsel had to preparing four other dispositive motions in other cases, which dispositive motions were due and filed August 15, 2005. Moreover, counsel has had to prepare for argument in the Second Circuit Court of Appeals. Due to the above circumstances, ten additional days are needed to respond to the plaintiff's motion in the above-captioned case. Undersigned counsel is thus compelled to request an extension of time until August 29, 2005 to complete preparation of its response in a substance and form suitable for submission to the Court.

    4.    Counsel for the Plaintiff was contacted regarding the proposed Motion for Enlargement of Time and has no objection to the proposed extension.

    5.    This motion is not made for purposes of delay.

    WHEREFORE, it is respectfully requested that this Honorable Court grant leave for the Defendant to file its response in the

instant case on August 29, 2005.

                                      Respectfully submitted,

                                      ROD J. ROSENSTEIN
                                      United States Attorney

                                      _/s/_____
                                      TARRA DeSHIELDS
                                      Assistant United States Attorney
                                      General Bar No. 07749

                                      Office of the United States Attorney
                                      36 South Charles Street
                                      Fourth Floor
                                      Baltimore, Maryland  21202
                                      (410) 209-4800
                                      Counsel for Defendant

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on this 18th day of August, 2005, one copy of the foregoing Motion for Enlargement of Time was electronically filed and so served upon Mark S. Zaid, Esquire, Krieger & Zaid, PLLC, 1920 N Street, N.W., Suite 300, Washington, D.C. 20036.

                                       _/s/_____
                                       TARRA DeSHIELDS
                                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KARL L. ELDERS,** * | |
| * | |
| Plaintiff * | |
| * | |
| v. * | CIVIL ACTION NO. MJG-02-3892 |
| * | |
| **MARIA C. DIAZ,** * | |
| * | |
| Defendant * | |

\* \* \* \*   \*\*\*   \* \* \* \*

### ORDER

The foregoing Motion for Enlargement of Time having been read and considered by the United States District Court for the District of Maryland, it is this _____ day of August, 2005,

ORDERED, pursuant to Fed.R.Civ.P.6(b), that the time for the Defendant to file a response in the above-captioned case be and is hereby extended to and including August 29, 2005.

It is further ORDERED that the Clerk of the Court remit copies of this signed ORDER to all counsel of record in the case.

 

_____
Marvin J. Garbis
United States District Judge