```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                  *
                                 *
           Plaintiff             *
                                 *
     v.                          *   CIVIL ACTION NO. MJG-02-3892
                                 *
MARIA C. DIAZ,                   *
                                 *
           Defendant             *

           *    *    *    *    ***    *    *    *    *
```

### DEFENDANT MARIA C. DIAZ'S MOTION OPPOSING
### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND STRIKING EXHIBITS

In accordance with Local Rule 105.1, the Defendant, Lieutenant Colonel Maria C. Diaz, by her attorneys, Rod C. Rosenstein, United States Attorney for the District of Maryland, and undersigned counsel, hereby moves the Court to issue an Order granting the Defendant's motion seeking an affirmative determination that she was acting within the scope of her employment, denying Plaintiff's motion for summary judgment and striking certain of Plaintiff's exhibits. The bases supportive of the defendant's motion are set forth in the attached memorandum.

WHEREFORE, the Defendant respectfully requests that this Court

grant the Defendant's motion seeking an affirmative determination that she was acting within the scope of her employment, denying Plaintiff's motion for summary judgment and striking certain of Plaintiff's exhibits in the above-captioned case.

        Respectfully submitted,

        ROD J. ROSENSTEIN
        United States Attorney

By: /s/
    TARRA DeSHIELDS
    Assistant United States Attorney
    General Bar No. 07749

    Office of the United States Attorney
    36 South Charles Street
    Fourth Floor
    Baltimore, Maryland  21201
    (410) 209-4800

    Counsel for Defendant Maria C. Diaz

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2005, a copy of the foregoing Motion For An Affirmative Determination That Defendant Was Acting Within The Scope Of Her Employment And Opposing Plaintiff's Motion For Summary Judgment And Striking Exhibits was electronically filed, and so served upon, Mark S. Zaid, Krieger & Zaid, PLLC, 1747 Pennsylvania Avenue, N.W., Suite

300, Washington, D.C. 20006.

                                                                        /s/  
                                        TARRA DeSHIELDS  
                                        Assistant United States Attorney

```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                 *
                                *
         Plaintiff              *
                                *
    v.                          *   CIVIL ACTION NO. MJG-02-3892
                                *
MARIA C. DIAZ,                  *
                                *
         Defendant              *

        *   *   *   *   ***   *   *   *   *
```

## ORDER OF JUDGMENT

Having read and considered the Defendant's Motion, and all other pleadings submitted pertinent thereto, it is this _____ day of _____, 2005, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. The Defendant's Motion For An Affirmative Determination That She Was Acting Within The Scope Of Her Employment shall be, and hereby is, **GRANTED** on the above-mentioned claim;

2. Judgment is entered in favor of the Defendant and against the Plaintiff on the Amended Complaint in the above-referenced claim; and

3. The Clerk of the Court shall remit copies of this ORDER to all parties and their respective counsel of record.

```
                              _____
                              Marvin J. Garbis
                              United States District Judge
```