```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS,                 *
                                *
         Plaintiff              *
                                *
   v.                           *   CIVIL ACTION NO. MJG-02-3892
                                *
MARIA C. DIAZ,                  *
                                *
         Defendant              *

         *    *    *    *   ***    *    *    *    *
```

## TABLE OF CONTENTS

    I. INTRODUCTION . . . . . . . . . . . . . . . . . . . . 1

   II. STATEMENT OF FACTS . . . . . . . . . . . . . . . . 6

  III. ARGUMENT . . . . . . . . . . . . . . . . . . . . . 10

    A. The Scope Of Employment Certification
       And Its Effect . . . . . . . . . . . . . . . . . . 10

    B. Diaz Was A Federal Employee When The
       Alleged Tort Occurred . . . . . . . . . . . . . . 12

    C. Diaz Was Acting Within The Scope Of
       Her Employment . . . . . . . . . . . . . . . . . . 14

    D. The Amended Complaint Is Non-Cognizable
       Under The FTCA . . . . . . . . . . . . . . . . . . 22

    E. Elders Has Not Exhausted His Administrative
       Remedies . . . . . . . . . . . . . . . . . . . . . 23

    F. Intramilitary Immunity Bars Elders's
       Claim . . . . . . . . . . . . . . . . . . . . . . 26

   IV. CONCLUSION . . . . . . . . . . . . . . . . . . . . 33