```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
```

| | |
|---|---|
| **KARL L. ELDERS,** | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | *  CIVIL ACTION NO. MJG-02-3892 |
| | * |
| **MARIA C. DIAZ,** | * |
| | * |
| Defendant | * |

```
         *    *    *    *    ***    *    *    *    *
```

<u>                     INDEX OF EXHIBITS IN SUPPORT OF</u>
<u>            DEFENDANT MARIA DIAZ'S MOTION RESPECTING</u>
<u>A DETERMINATION REGARDING THE MATTER OF SCOPE OF EMPLOYMENT</u>

Exhibit 1:  May 4, 2005 Transcript of Evidentiary Hearing Regarding Scope of Employment in *Elders v. Diaz*, Civ. No. MJG-02-3892.