UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KARL L. ELDERS | * |
| | * |
|    Plaintiff | * |
| | * |
|    v. | *   Civil Action No. MJG-02-3892 |
| | * |
| MARIA C. DIAZ | * |
| | * |
|    Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR
EXTENSION OF TIME IN WHICH TO FILE RESPONSE**

   NOW COMES the plaintiff, by and through his undersigned counsel, to respectfully move the Court for an extension of time to on or before October 7, 2005, in which to submit his response to the Government's Cross-Motion and Opposition. That motion is currently scheduled to be filed by on or before September 12, 2005.

   Plaintiff's counsel has been required to spend a significant amount of time dealing with high-profile matters, including preparing for Congressional testimony, pertaining to clients who served as team members on "Able Danger", a former Defense Department program that identified several of the 9/11 hijackers prior to the terrorist attacks on 11 September 2001. Additionally, the undersigned is working on several briefs, and prepare for hearings, in other cases that had been due prior to the deadline in this matter but which also have had their deadlines extended. Counsel is attempting to address each case in its respective original order.

   Plaintiff's counsel has discussed this request with defendant's counsel and she has consented to this extension of time. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  September 9, 2005

                              Respectfully submitted,

                                   /s/
                            _____

                            Mark S. Zaid, Esq.
                            Federal Bar #023887
                            Krieger & Zaid, PLLC
                            1920 N Street, N.W., Suite 300
                            Washington, D.C.  20036
                            (202) 454-2809
                            ZaidMS@aol.com

                            Counsel for Plaintiff