UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL L. ELDERS | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG-02-3892 |
| MARIA C. DIAZ | * | |
| Defendant | * | |

## ORDER

Upon consideration of Plaintiff's Consented-To Motion for an Extension of Time in Which to File Dispositive Motion, and the entire record herein, it is this _____ day of September 2005, hereby

ORDERED, that plaintiff's Motion is granted; and further

ORDERED, that plaintiff's response is due on or before October 7, 2005.

_____
UNITED STATED DISTRICT JUDGE