IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARL L. ELDERS                         *

      Plaintiff                     *

      vs.                           *   CIVIL ACTION NO. MJG-02-3892

UNITED STATES                          *

      Defendant                     *

*   *   *   *   *   *   *   *   *

## JUDGMENT ORDER

By separate Order issued this date, the Court has substituted the United States as the party Defendant and dismissed the case.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant United States of America against Plaintiff Karl L. Elders dismissing all claims with prejudice without costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Tuesday, February 21, 2006</u>.

                                                _____/ s /_____
                                                Marvin J. Garbis
                                            United States District Judge